UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80166-cr-Middlebrooks/Brannon
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253(b)

UNITED STATES OF AMERICA

v.

NICHOLAS WUKOSON,

Defendant.
_____/

FILED BY SP D.C.
AUG 2 2 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INFORMATION

The United States Attorney charges that:

On or about December 4, 2017, in Palm Beach County, in the Southern District of Florida, the defendant,

**NICHOLAS WUKOSON,**

did knowingly possess matter, that is one (1) black HP laptop, serial number 5CD51334FQ, and one (1) silver HP laptop, serial number 5CD6510165, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

1

Pursuant to Title 18, United States Code, Sections 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

The allegations of this Information are re-alleged herein and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **NICHOLAS WUKOSON**, has an interest.

Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2252, the following property:

(a) Any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of this Title, United States Code;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation;

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property; and

(d) The property which is subject to forfeiture includes, but is not limited to, one (1) black HP laptop, serial number 5CD51334FQ, and one (1) silver HP laptop, serial number 5CD6510165.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

*[signature]*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*[signature]*
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-80166-cr-Middlebrooks/Brannon |
| v. | |
| NICHOLAS WUKOSON | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami      ___ Key West
___ FTL    _x_ WPB    ___ FTP

New Defendant(s)         Yes ___  No ___
Number of New Defendants ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect _____

4. This case will take   _3-4_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                    (Check only one)

   I    0 to 5 days         _x_         Petty      ___
   II   6 to 10 days        ___         Minor      ___
   III  11 to 20 days       ___         Misdem.    ___
   IV   21 to 60 days       ___         Felony     ___
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   ___

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _x_

ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. 0648477

*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

CASE NO. 18-80166-cr-Middlebrooks/Brannon

Defendant's Name: NICHOLAS WUKOSON

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of Child Pornography | 18:2252(a)(4)(B) and (b)(2) | 20 years in prison, $250,000 fine, SR: 5 years – life, $5,000 special assessment, mandatory restitution |

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-80166-cr-Middlebrooks/Brannon |
| | ) | |
| Nicholas Wukoson | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:_____

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*