UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS WUKOSON,

    Defendant.

Case No.

18-80166-cr-Midlebrooks/Brannon

## NOTICE OF FILING APPEARANCE AS COUNSEL

The Clerk of Court shall enter the appearance of the undersigned counsel for NICHOLAS WUKOSON, in the above-entitled cause. The Clerk shall forward any and all correspondence, court dates, etc. to the undersigned attorney with reference to this case.

Respectfully submitted,

s/ Douglas J. Rudman

DOUGLAS J. RUDMAN
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Filing was served upon Gregory Schiller, Assistant U.S. Attorney by U.S. Mail at the U.S. Attorney's Office, 500 S. Australian Ave., Suite 400, West Palm Beach, FL 33401, provided for pleadings upon the Office of the U.S. Attorney, and electronically filed with the Federal Clerk of Courts for the Southen District of Florida, on this  28th  day of August, 2018.

s/ Douglas J. Rudman

Douglas J. Rudman, Esq.
Attorney for Defendant
101 Plaza Real South, Suite 214
Boca Raton, Florida  33432
Florida Bar No: 0012108
Phone: (561) 367-1123
Fax: (561) 208-6083