AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Nicholas Wukoson<br>*Defendant* | )<br>)  Case No. 18-80166-cr-Middlebrooks/Brannon<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/29/18

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney*

Douglas Jay Rudman
*Printed name of defendant's attorney*

_____
*Judge's signature*

Dave Lee Brannon   USMJ
*Judge's printed name and title*

FILED BY SP D.C.
AUG 29 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.