IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 18-80166-CR-DMM/DLB |
| **Plaintiff,** | |
| v. | |
| **Nicholas Wukoson** | |
| **Defendant,** | |

NOTICE OF OBJECTION TO PRESENTENCING INVESTIGATION REPORT

Comes now the defendant, Nicholas Wukoson, by and through undersigned counsel notices the Court of the following Objection to the Presentencing Investigation Report and as a request for an evidentiary hearing to resolve any material disputed issues of fact pursuant to U.S.S.G. §6A1.3(b), and *United States v. Fatico*, 579 F.2d 707 (2d Cir. 1978).

**Objection to Presentence Investigation Report**

1. **Nicholas Wukoson objects to paragraph 25**

   Paragraph 25 states:

   **Special Offense Characteristics:** Because the offense involved material that portrays sadistic or masochistic conduct or other depictions of violence, the offense level is increased by four levels, USSG §2G2.2(b)(6).

   Objection and Comment

   The Government has not produced any evidence that depicts sadistic or masochistic conduct or other depictions of violence and as such is not entitled to the four point enhancement.

2. **Nicholas Wukoson objects to paragraph 27**

   Paragraph 27 states:

   **Special Offense Characteristics:** Because the offense involved 600 or more images, the offense level is increased by five levels, USSG §2G2.2(b)(7)(D).

Objection and Comment

The Government has not produced or made available to the defense any number of images or videos approaching the quantity alleged in the presentencing investigation report (PSR)and the Government is not entitled to the five point enhancement.

3. **Nicholas Wukoson objects to paragraph 30**

Paragraph 30 states:

**Adjustment for Obstruction of Justice:** The defendant willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice with respect to the investigation, prosecution, or sentencing of the instant offense of conviction, and the obstructive conduct related to the defendant's offense of conviction and any relevant conduct; or a closely related offense; therefore, two levels are added, USSG §3C1.1.

Objection and Comment

The defense believes that Mr. Wukoson has not engaged in any activity constituting obstruction of justice and that the government is not is not entitled to the two level point enhancement.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy hereof has been furnished by Electronic Filing to THE OFFICE OF THE UNITED STATES ATTORNEY, 500 S. Australian Ave #400., West Palm Beach, FL  33401 on this the  20th  day of November, 2018.

                                                                             _____
Douglas J. Rudman, Esq.
Attorney for Defendant
101 Plaza Real South, Suite 214
Boca Raton, Florida   33432
Florida Bar No:  0012108
Phone:  (561) 367-1123
Fax:  (561) 208-6083