UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM-1

UNITED STATES OF AMERICA
　　　　　　Plaintiff,

v.

NICHOLAS WUKOSON,
　　　　　　Defendant.
_____/

## MOTION TO CONTINUE SENTENCING

　　　　COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel, who respectfully moves to continue the sentencing set for December 6th, 2018 and as grounds therefore would state the following:

1. Undersigned Counsel has been retained to handle this matter on November 23rd, 2018.
2. In addition to preparing for the Sentencing Hearing, your undersigned must review the file, become familiar with same, and has to also file a motion to withdraw the defendant's plea.
3. Undersigned counsel has spoken to Assistant United States Attorney Gregory Schiller who does not oppose this motion.

IN VIEW of the foregoing, undersigned counsel respectfully requests this instant motion be GRANTED.

Respectfully submitted,
/s/ Michael B. Cohen, Esq.
Michael B. Cohen, Esq.
Florida Bar No: 210196

## CERTIFICATE OF SERVICE

　　　　IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on November 26, 2018.

Respectfully submitted,
S/ Michael B. Cohen, Esq.
Michael B. Cohen, Esq.
Florida Bar No:  210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929