UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
        Plaintiff,

v.

NICHOLAS WUKOSON,
        Defendant.
_____/

## NOTICE OF APPEARANCE

**MICHAEL B. COHEN**, Attorney at Law, Michael C. Cohen P.A., 6400 N. Andrews Avenue, Suite 505, Fort Lauderdale, Florida 33309, hereby files this Notice of Appearance for NICHOLAS WUKOSON in the above captioned case.

Respectfully submitted,

S/ Michael B. Cohen, Esq.
_____
Michael B. Cohen, Esq.
Florida Bar No: 210196

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on November 26, 2018.

Respectfully submitted,
S/ Michael B. Cohen, Esq.
_____
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929