UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM-1

UNITED STATES OF AMERICA
    Plaintiff,
v.

NICHOLAS WUKOSON,
    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED BY AND BETWEEN** the DEFENDANT, NICHOLAS WUKOSON, that **Douglas Jay Rudman, Esq.**, attorney to the DEFENDANT and **Michael B. Cohen, Esq.** that, **Douglas Jay Rudman, Esq.**, be permitted to withdraw as attorney for the DEFENDANT; and that **Michael B. Cohen, Esq.**, shall be permitted to file his appearance as counsel for DEFENDANT. As reason therefore, **Michael B. Cohen, Esq.**, would show unto the Court that he has been retained by the DEFENDANT, NICHOLAS WUKOSON.

By: _/s/ Michael B Cohen_
**Michael B. Cohen, Esq.**
Bar No.: 210196
6400 North Andrews Ave, Suite 505
Fort Lauderdale, FL 33309
954-928-0059
Email: mcohenlaw@yahoo.com

By: _/s/ Douglas Jay Rudman_
**Douglas Jay Rudman, Esq.**
Bar No.: 12108
101 Plaza Real South, Suite 214
Boca Raton, FL 33432
561-367-1123
Email: drudman@flatriallaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM-1

UNITED STATES OF AMERICA
        Plaintiff,
v.

NICHOLAS WUKOSON,
        Defendant.
_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the court on the Stipulation for Substitution of Counsel, and the Court having reviewed the stipulation, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED as follows:

1. Douglas Jay Rudman, Esq. is hereby relieved of all further obligation and duties as the attorney for the defendant, NICHOLAS WUKOSON.

2. Michael B. Cohen, Esq. is hereby substituted and assumes all further obligation and duties as the attorney for the defendant, NICHOLAS WUKOSON.

**DONE AND ORDERED** in Chambers at West Palm Beach, Southern District of Florida, Florida this ____ day of _____ 2018.

_____
Honorable Judge Donald M. Middlebrooks

cc:
Michael B. Cohen, Esq.,: 6400 N Andrews Ave., Suite 505, Fort Lauderdale, FL 33309
mcohenlaw@aol.com
Douglas Jay Rudman, Esq.: 101 Plaza Real South, Suite 214, Boca Raton, FL 33432
drudman@flatriallaw.com
Gregory Schiller U.S. Attorney's Office 500 S. Australian Ave., Suite 400, West Palm Beach, FL 33401
gregory.schiller@usdoj.gov