CASE # 18-CR-80166 DMM

# NOTICE OF REMOVING IMAGE

DOCKET ENTRY #27 STRICKEN AND REMOVED FROM DOCKET

PURSUANT TO DOCKET ENTRY NUMBER: _____**90**_____

ENTERED BY THE HONORABLE JUDGE **DONALD M. MIDDLEBROOKS**

# THIS IMAGE HAS BEEN REMOVED FROM CM/ECF/PACER.

Save As    Reset Form