UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM-1

UNITED STATES OF AMERICA
        Plaintiff,
v.

NICHOLAS WUKOSON,
        Defendant.
_____/

## UNOPPOSED AMENDED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel, who respectfully requests this Court to reconsider its Order Denying the Defendant's Motion for a Continuance and as grounds therefore would state the following:

1. This case is set for Sentencing December 6th, 2018 at 5:00pm. Undersigned counsel has filed today a Motion to Withdraw Defendant's Plea (DE 27).

2. Undersigned counsel believes that if the Court grants a hearing on said motion that this eventuality would affect the preparation time necessary for Defendant's sentencing depending on the outcome of said hearing.

3. Undersigned counsel is presently in New York City attending to his brother in-law, who is in critical condition and suffering from stage four (4) lung Cancer. Undersigned counsel expects to not only attend to his wife and brother in-law at this time, but also believes that he will have to make funeral arrangements for his brother in-law within the next few days. I do not believe I will return to Florida until next week.

4. In view of the forgoing, since the Defendant's sentencing is set for December 6th, 2018 at 5:00pm, undersigned counsel will need additional time to prepare for said sentencing, to respond additionally to the Pre-Sentencing Report, and to the anticipated addendum to the Pre-Sentencing Report as well.

5. Undersigned believes that Mr. Rudman, the Defendant's previous counsel will be filling a motion to withdraw from representation of Defendant.

6. Undersigned counsel has spoken to Assistant United States Attorney Gregory Schiller who does not oppose this motion.

IN VIEW of the foregoing, undersigned counsel respectfully requests this instant motion be GRANTED.

Respectfully submitted,
/s/ Michael B. Cohen, Esq.
*Michael B. Cohen*
Michael B. Cohen, Esq.
Florida Bar No: 210196

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on November 28, 2018.

Respectfully submitted,
S/ Michael B. Cohen, Esq.
*Michael B. Cohen*
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929