UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80166-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

NICHOLAS WUKOSON,
        Defendant(s)
_____/

## ORDER CONTINUING SENTENCING HEARING

**THIS MATTER** comes before the Court pursuant to Defendant's Unopposed Amended Motion to Continue Sentencing (**D.E. 28**). Due to defense counsel having a family emergency and Defendant filing a Motion to Withdraw Plea (D.E. 27), the motion is **GRANTED.** The Sentencing hearing is rescheduled to Friday, January 11, 2019 at 1:15 pm.

**DONE AND ORDERED** at West Palm Beach, Florida, this 29th day of November, 2018.

                                            Donald M. Middlebrooks
                                            United States District Judge

cc:    Counsel of Record