```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 18-80166-CR-DMM
 3
   UNITED STATES OF AMERICA,      )
 4                                )
        GOVERNMENT,               )
 5                                )
        -v-                       )
 6                                )
   NICHOLAS WUKOSON,              )
 7                                )
        DEFENDANT.                )    West Palm Beach, Florida
 8                                )    September 26, 2018
   _____)
 9

10          TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS

11        BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS

12                 UNITED STATES DISTRICT JUDGE

13

14   Appearances:

15   FOR THE GOVERNMENT

16
     FOR THE DEFENDANT
17

18   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768               Official Court Reporter
19                               701 Clematis Street
                                 West Palm Beach, Florida  33401
20                               E-mail:  SFranklinUSDC@aol.com

21

22

23

24

25
```

```
 1            (Call to the order of the Court.)
 2                 THE COURT:  Please be seated.
 3                 This is the case of the United States versus
 4     Nicholas Wukoson, case number 18-80166.
 5                 Could we have appearances.
 6                 MR. SCHILLER:  Good morning, Your Honor.  Greg
 7     Schiller on behalf of the United States, and along with me is
 8     special agent Scott Wilson from the Federal Bureau of
 9     Investigation.
10                 THE COURT:  Good morning.
11                 MR. SCHILLER:  Good morning, sir.
12                 MR. RUDMAN:  Good morning, Your Honor.  Douglas
13     Rudman on behalf of Nicholas Wukoson, and next to me is
14     defendant Nicholas Wukoson.
15                 THE COURT:  All right.  Good morning.
16                 And this is a change of plea, Mr. Rudman?
17                 MR. RUDMAN:  It is, Judge, and a point of
18     housekeeping.  When it comes time for my client to be sworn
19     in, he would actually prefer a civil affirmation instead of an
20     oath to God.
21                 THE COURT:  All right.  Please administer the oath
22     to Mr. Wukoson.
23                 THE COURTROOM DEPUTY:  Please raise your right hand.
24                 Douglas Wukoson, Defendant, sworn.
25                 THE COURT:  Thank you, sir.  Please be seated.
```

```
 1   BY THE COURT:
 2   Q    You're now under oath.  If you answer falsely to any of
 3   my questions, your answer could later be used against you in
 4   another prosecution for perjury, or for making a false
 5   statement.  Do you understand?
 6   A    Yes, sir.
 7   Q    I'm going to ask you several questions.  The purpose of
 8   the questions is to make sure you've carefully considered your
 9   decision to plead guilty in this case, to determine that
10   you're competent to make the decision, that you're aware of
11   your rights, and that there's a reason for you to plead
12   guilty; that you did what the Government says you did.  If you
13   don't understand any of my questions, tell me.  If you want to
14   stop at any point and speak with your lawyer, you may do that.
15   Do you understand?
16   A    Yes, sir, I do.
17   Q    How far did you go in school?
18   A    Graduated from Auburn University, graduate degree.
19   Bachelor's, I'm sorry, I apologize.
20   Q    All right.  Have you been treated for any mental illness?
21   A    No, sir.
22   Q    Have you been treated for addiction to narcotics or
23   alcohol?
24   A    No, sir.
25   Q    Are you currently under the influence of any drug,
```

```
 1   alcohol, or are you taking any medication?
 2   A     No, sir.
 3   Q     Have you reviewed the information, the charge filed
 4   against you in the case, and have you discussed that charge
 5   with your lawyer?
 6   A     I have, sir.
 7   Q     Are you satisfied with the representation your lawyer's
 8   provided to you?
 9   A     I have, sir.
10   Q     You're satisfied with his representation?
11   A     Yes, sir, I am.
12   Q     All right.  And I've been given a copy of a plea
13   agreement between yourself and the Government.  Let me first
14   ask you to confirm this is your signature on the agreement?
15   A     Correct, yes, sir.
16   Q     And before signing it, did you review it and discuss it
17   with your lawyer?
18   A     Yes, sir.
19   Q     You believe you understand it?
20   A     Yes, sir, I do.
21   Q     I'm going to review aspects of it with you, and if you
22   have any question about any part of it, please tell me.
23         In paragraph 1, you are agreeing to plead guilty to
24   the sole count of the information.  That charges you with
25   possession of child pornography involving a prepubescent
```

1   minor, or a minor who has not attained the age of 12, in

2   violation of federal law.  Do you understand you're agreeing

3   to plead guilty to that charge?

4   A    Yes, sir.

5   Q    The sentence in this case will be imposed after

6   consideration of the federal sentencing guidelines.  I'm

7   obligated to calculate a sentencing guideline, and usually a

8   sentence falls within the advisory guideline range.  I do have

9   some discretion to vary from the guidelines up or down, but I

10  have to take them into account, as well as other laws passed

11  by Congress related to sentencing.  The Court has legal

12  authority to sentence you up to the maximum authorized by law

13  for the offense to which you're pleading guilty.  You won't be

14  able to withdraw your plea as a result of the sentence

15  imposed.  Do you understand?

16  A    Yes, sir.

17  Q    The possible penalties are in paragraph 4 of the

18  agreement, which indicates that you could be sentenced to a

19  term -- you could be sentenced to a term of imprisonment of up

20  to 20 years.  Imprisonment would be followed by a term of

21  supervised release, which would have to be at least five

22  years, it could be as much as life, a fine of up to $250,000

23  could be ordered, and I must ordered a $100 special

24  assessment.  I may also be required to order restitution to

25  any identified victims.  You understand that?

```
 1  A     Yes, sir, I do.

 2  Q     In addition, there's a special assessment of $5000 on any

 3  nonindigent person convicted under this law, and so there

 4  could be an additional $5000 special assessment.  Do you

 5  understand?

 6  A     Yes, sir.

 7  Q     Additionally, you've agreed to forfeit to the Government

 8  a -- basically two silver Hewlett Packer laptops, do you

 9  understand that?

10  A     Yes, sir.

11         MR. RUDMAN:  I believe it's one silver, one black,

12  Your Honor.

13         THE COURT:  All right.  Well, you're correct, one

14  silver Hewlett Packer laptop and one black Hewlett Packer

15  laptop with the serial numbers that are contained within the

16  plea agreement.

17         Okay.  In paragraph 11, the Government's agreed to

18  recommend your guidelines be reduced by a total of three

19  levels for acceptance of responsibility.  The Government won't

20  be required to make that recommendation, however, if you fail

21  to make a full disclosure to the probation office of the

22  circumstances surrounding the offense, if you're found to have

23  misrepresented facts to the Government before entering into

24  this agreement, or if you commit any misconduct after entering

25  into the agreement.  Do you understand that?
```

```
 1   A     Yes, sir.

 2   Q     Paragraph 12 is a very important part of your plea

 3   agreement, because under federal law, you have a right to

 4   appeal the sentence imposed in this case.  However, as part of

 5   your plea agreement, you're giving up your rights to appeal

 6   the sentence or to appeal the manner in which sentence is

 7   imposed unless it were to exceed the maximum permitted by

 8   statute or a result of an upward departure or upward variance

 9   from the guideline range established at sentencing.

10        THE COURT:  I guess you've also added there's also

11   an additional provision in here that if I were to decline to

12   follow a joint sentencing recommendation, but is there any

13   joint sentencing recommendation, Mr. Schiller?

14            MR. SCHILLER:  At this time, no, Your Honor.

15            THE COURT:  Would you anticipate one?

16            MR. SCHILLER:  Um, at this point, no, although

17   counsel and I are talking.  So I can't say a hundred percent

18   that there wouldn't be, but at this point I would say, no,

19   there is not.

20   BY THE COURT:

21   Q     All right.  Have you talked about this waiver with your

22   lawyer, and are you satisfied with your decision in that

23   respect?

24   A     Yes, sir.

25   Q     Paragraph 13 points out that as -- by pleading guilty,
```

```
 1   you will be required to register as a sex offender, and that
 2   independent of supervised release, you will be subject to
 3   federal and state sex offender registration requirements, and
 4   those might apply throughout your life.  Do you understand
 5   that?
 6   A    Yes, sir.
 7   Q    All right.  We've reviewed the written plea agreement.
 8   Beyond this agreement, has the Government made any promises to
 9   you in connection with your decision to plead guilty in this
10   case?
11   A    No, sir.
12   Q    Has anyone attempted to force you to plead guilty?
13   A    No, sir.
14   Q    Are you pleading guilty of your own free will because you
15   are guilty?
16   A    Yes, sir.
17   Q    Do you understand you have a right to plead not guilty?
18   If you plead not guilty, you have a right to a trial by jury.
19   The Government would have to prove your guilt beyond a
20   reasonable doubt.  You would have the right to the assistance
21   of counsel.  Your lawyer could cross-examine cocaine the
22   witnesses called by the Government, present witnesses on your
23   behalf.  You could either testify or choose not to testify.
24   And if you decided not to testify, that fact couldn't be used
25   against you in the trial.  Do you understand you have those
```

```
 1  rights?

 2  A    Yes, sir, I do.

 3  Q    By pleading guilty, you're giving up those rights, and

 4  there will be no trial.  Do you understand?

 5  A    Yes, sir.

 6  Q    This crime's a felony.  If your plea is accepted, you

 7  will be adjudged guilty of a felony and may lose valuable

 8  civil rights, such as the right to vote, the right to hold

 9  office, the right to own a firearm.  Do you understand?

10  A    Yes, sir.

11            THE COURT:  Mr. Rudman, does your client face any

12  possible immigration consequence?

13            MR. RUDMAN:  He does not, Your Honor.

14  BY THE COURT:

15  Q    All right.  I recognize -- well, first, I've been also

16  handed a factual proffer, which is four pages long.  Is this

17  your signature on the factual proffer, as well, Mr. Wukoson?

18  A    Yes, sir.

19  Q    And did you review this, and do you agree with the facts

20  as they're laid out here?

21  A    Yes, sir.

22  Q    All right.  Despite that, I'm going to ask the prosecutor

23  to briefly describe what he would have proven at trial had the

24  case gone to trial.  Please listen carefully.  When he

25  finishes, I will ask you whether you did what the Government
```

1   says you did.

2          MR. SCHILLER:  Thank you, Your Honor.

3          Had this case gone to trial, the Government would

4   have proven beyond a reasonable doubt that back on

5   September 25th of 2017, the Federal Bureau of Investigation,

6   performing an undercover investigation into child pornography

7   networks, identified the defendant's IP address as one making

8   available child pornography for trading.

9          On that same day, September 25th, multiple images

10  and video files were -- multiple files were transmitted from

11  the defendant's IP address to the undercover agent's law

12  enforcement computer.  Those images depicted children under

13  the age of 18 engaged in sexual acts or poses consistent with

14  child pornography, in that they were lewd and lascivious.

15  Several of those files are listed on page 2 of the plea

16  agreement.  Their titles are there and their descriptions.  I

17  won't do those for the record, Your Honor, but each of those

18  evidence child pornography, as viewed by the undercover

19  officer and as described therein.

20          A subpoena to Comcast for the subscriber information

21  on the IP address resolved back to Mr. Wukoson at his home

22  address in Jupiter, Florida.

23          On December 4th of 2017, a search warrant, a federal

24  search warrant, was executed at his residence.  Wukoson was

25  present, and first they discovered a silver HP laptop.

1  Wukoson, post-Miranda, admitted it was his computer.  They

2  then found a second laptop in a closet not originally

3  disclosed by Wukoson but later advised that it belonged to

4  him.

5          On the silver HP laptop, serial number 5CD6510165,

6  or the newer computer, forensics discovered multiple search

7  terms indicative of child pornography.  In the recycling bin

8  there were over a thousand images of what were described as LS

9  models.  More than 300 were posed images of children in

10 sexually explicit conduct wherein their genitals were

11 indecently exposed and displayed in lascivious exhibition.

12 There were also approximately 140 videos on the suspect

13 computer in the recycling bin but could not be confirmed due

14 to the damage of those, but based on the title, agents

15 believed those to be child pornography.  They also found

16 evidence of wiping software on that computer.

17         Regarding the second computer that was later found

18 in the residence, the black HP laptop, serial number

19 5CD51334FQ, again, on this computer agents found images in the

20 Real Player folder, which is a player used to view and play

21 images and videos, of over 300 thumbnails of child pornography

22 images.  Like the other computer, this one also contained a

23 wiping software or a disc cleaner.  And, again, search terms

24 indicative to searching for child pornography were also found

25 on this computer.  Likewise, videos were also found in the

1   recycling bin dating as far back as December 2015.

2          Both devices and their hard drives were manufactured

3   outside of the state of Florida, and thus the Government would

4   have been able to prove the four necessary elements:  That the

5   defendant knowingly possessed one or more matters which

6   contained any visual depiction of a minor engaged in sexually

7   explicit conduct; that the items of child pornography had been

8   transported in interstate or foreign commerce, including via

9   computer; that the production of the visual depiction involved

10  the use of a minor engaging in sexually explicit conduct, and

11  the visual depiction was of such conduct; and, finally, that

12  the defendant knew that the visual depiction involved the use

13  of a minor engaging in sexually explicit conduct, all of which

14  did occur in the Southern District of Florida and would have

15  been proven beyond a reasonable doubt had this case gone to

16  trial.

17          THE COURT:  All right, thank you.

18  BY THE COURT:

19  Q    Mr. Wukoson, you heard the prosecutor describe what he

20  would prove at trial.  Did you do those things?

21  A    Yes, sir, I did.

22  Q    All right.  You hesitated.  Is there some issue that you

23  want to raise at this point?

24  A    No, sir, there's not.

25  Q    How do you plead to the charge, guilty or not guilty?

```
1    A     I plead guilty.

2          THE COURT:  All right.  Mr. Schiller, anything else

3    you believe I should cover?

4          MR. SCHILLER:  Judge, and you may have said this

5    already, but that the Sentencing Guidelines in this case are

6    in fact -- well, if there were any predictions or calculations

7    in advance, but that if the guideline calculation doesn't come

8    out to whatever he was told that it might be, that's not a

9    reason for him to withdraw his plea.  The Court may have said

10   that.  I may not have heard it, I'm sorry.

11         THE COURT:  Well, I told him I sentence within the

12   guidelines.  I mean, do y'all know what the guidelines are?

13   Have you calculated them?

14         MR. SCHILLER:  I have, Judge, but, again, I wouldn't

15   rely on my calculations.  And I've gone over them with defense

16   counsel and told him also obviously not to rely on my

17   calculations.  Probation will be the one to determine that.

18         THE COURT:  All right.

19         MR. SCHILLER:  But just that whatever those

20   calculations are, if they're higher or lower, but that's just

21   not a reason to withdraw his plea.

22         THE COURT:  Well, what do you think they are?

23         MR. SCHILLER:  Judge, with all due respect, I don't

24   actually have them in front of me.  I forgot to bring them.

25   So I apologize.
```

```
 1                THE COURT:  Mr. Rudman, have you calculated them?

 2                MR. RUDMAN:  Yes, Judge.  If I could have one

 3      second, sir.

 4                Judge, I believe when we talked about it, it was 51

 5      to 63 months.

 6                THE COURT:  What is it, the criminal history

 7      category is 1?

 8                MR. SCHILLER:  Yes, Judge.

 9                So I think that range might be low.  So again, I

10      just want Mr. Wukoson to understand that regardless of what he

11      thinks the range might be, probation will determine that

12      range.  And that range, whatever it is, higher or lower than

13      what he thinks it might be, is no reason for him to withdraw

14      his plea.

15                THE COURT:  All right.

16                MR. SCHILLER:  That's the only point I wanted to

17      make, Your Honor.

18      BY THE COURT:

19      Q    All right.  As I told you, I'm obligated to calculate a

20      sentencing guideline range, and probation will give me some

21      advice.  Your lawyer thinks the guidelines are somewhere

22      around 51 to 63 months.  It's not clear there's agreement on

23      that.  I will tell you that if the parties are able to reach

24      agreement, I usually follow those types of agreements or

25      recommendations.  Otherwise, probation's going to come up with
```

```
 1   a number.  If your lawyer objects, y'all can file an
 2   objection, and then we'll decide that at the sentencing
 3   hearing.  But as I told you, there is legal authority to
 4   sentence you up to the maximum, which is 20 years, and you
 5   won't be able to withdraw your plea as a result of the
 6   sentence imposed.  Do you understand that?
 7   A    Yes, sir.
 8             THE COURT:  All right.  Mr. Rudman, is there
 9   anything else you think I should cover?
10             MR. RUDMAN:  Judge, not as part of the plea
11   colloquy, but only issues as far as release after the plea is
12   taken.
13             THE COURT:  All right.  It's then the finding of the
14   Court in the case of the United States versus Nicholas
15   Wukoson, that the defendant is fully competent and cable of
16   entering an informed plea, that he's aware of the nature of
17   the charges and the consequences of the plea, and that the
18   plea of guilty is a knowing and voluntary plea, supported by
19   an independent basis in fact containing each of the essential
20   elements of the offense.  The plea is therefore accepted, and
21   the defendant is adjudged guilty of this offense.
22             It's also the finding of the Court that the
23   defendant has discussed with counsel the appellate waiver
24   contained within the plea agreement, and that waiver is also
25   knowing and voluntary.
```

```
 1              Mr. Wukoson, the probation office will do an

 2   investigation.  They'll ask to speak to you.  You have a right

 3   to have your lawyer present when you talk to them.  They will

 4   prepare a written report which will describe the crime and

 5   recommend how the Sentencing Guidelines ought to be applied.

 6   If there's anything you believe to be incorrect in the report,

 7   you and your lawyer can file written objections.  If those are

 8   not worked out with the Government, we will decide those at

 9   the sentencing hearing.  You will have a right to address the

10   Court with respect to sentence.  Do you understand?

11              THE DEFENDANT:  Yes, sir.

12              THE COURT:  When can we have sentencing?

13              THE COURTROOM DEPUTY:  December 6, at 11:30 a.m.

14              THE COURT:  December 6 at 11:30.  Is that time

15   acceptable?

16              MR. SCHILLER:  Judge, I'm going to be in a specially

17   set trial before Judge Rosenberg beginning on December 3rd

18   that's going to last about three weeks.  Defense counsel and I

19   actually spoke before, and I know they were going to make the

20   request to see if we could have the sentencing in early

21   January.  The Government is in agreement with that, depending

22   on the Court's schedule.

23              THE COURT:  I don't want to put it off that long.

24   Let's stick to a normal schedule.  We can do it at the end of

25   the day if that works better for you with Judge Rosenberg.  Is
```

```
1    she in session every day?

2            MR. SCHILLER:  For the trial, yes, sir.

3            THE COURT:  Five days a week?

4            MR. SCHILLER:  Yes, sir.

5            THE COURT:  All right.  We can do it at --

6            MR. SCHILLER:  But if you want to talk to her, let

7    us end early one day, I won't complain.

8            THE COURT:  No, we'll accommodate her schedule and

9    yours.

10           MR. SCHILLER:  Thank you, sir.

11           THE COURT:  Do you know how late she usually goes?

12           MR. SCHILLER:  We usually go 'til 5:00.  The last

13   trial I did before her we went to 5:00, 5:15, 5:30 every day.

14           THE COURT:  Why don't we set it at 5:00, and if we

15   need to change it, we can.  5:00 o'clock on December 6, does

16   that work?

17           MR. RUDMAN:  Your Honor, just for scheduling, I

18   mean, we're going to be filing paperwork requesting a

19   variance.  We are going to be listing an expert witness in the

20   form of a doctor to testify.  So I don't anticipate this to be

21   a quick hearing to schedule at 5:00.  I just want to make the

22   Court aware of that.

23           THE COURT:  All right.  Well, we'll also talk to

24   Judge Rosenberg.  We might be able to change it, but otherwise

25   5:00 o'clock on the 6th.
```

```
 1              MR. RUDMAN:  Thank you, Judge.

 2              THE COURT:  And he's apparently on some bond

 3    conditions.  Should that remain?

 4              MR. SCHILLER:  It should, Judge.  The Government has

 5    no objection to him remaining on his pretrial bond with all

 6    existing conditions.

 7              THE COURT:  All right.  The existing conditions

 8    remain in effect, then.

 9              MR. RUDMAN:  And, Judge, there was just a brief

10    housekeeping issue between the pronouncement of the conditions

11    of pretrial release versus how they were interpreted by

12    probation.  I believe Mr. Schiller and I have agreement of

13    just how these modification should be imposed, if I can put

14    them on the record, Your Honor.

15              THE COURT:  All right.  But is it -- don't you

16    need -- is it in a document somewhere, a difference?  What's

17    the point of this?  Are these different from the pretrial

18    provisions that the magistrate set?

19              MR. SCHILLER:  It's a matter of a clarification,

20    Judge.  And I -- so I think the issue is regarding the

21    defendant's to his mother's residence.

22              MR. RUDMAN:  The defendant being able to stay

23    overnight.  He has been allowed to travel to and from his

24    mother's residence in the Middle District, but as far as being

25    able to stay overnight once he gets there, because the travel
```

```
 1    is a prolonged period of time.

 2              The only other issue that we would have is -- well,

 3    just primarily that, and then Mr. Schiller as far as the

 4    supervised contact.  Have we been able to address that issue?

 5              MR. SCHILLER:  No, not yet.

 6              MR. RUDMAN:  Then we can address that in a proposed

 7    order to the Court, then.

 8              THE COURT:  Yeah, if you want to modify him, file

 9    some sort of agreed motion with the magistrate.

10              MR. RUDMAN:  I understand.

11              THE COURT:  And I don't have a problem with it, but

12    you need to -- I mean, someone's got to communicate all this

13    to Pretrial Services is the problem.

14              MR. RUDMAN:  Understandable, Judge.

15              THE COURT:  Okay.  All right.  Have a good day.

16              MR. SCHILLER:  Thank you, Judge.  You, too.

17         (Proceedings concluded.)

18                        *  *  *  *  *

19

20

21

22

23

24

25
```

```
 1                        * * * * *

 2                     I N D E X

 3   Testimony of Nicholas Wukoson

 4        Examination by the Court              2

 5                   * * * * *

 6                  E X H I B I T S

 7   (None.)

 8                   * * * * *

 9                   CERTIFICATE

10       I, Stephen W. Franklin, Registered Merit Reporter, and

11   Certified Realtime Reporter, certify that the foregoing is a

12   correct transcript from the record of proceedings in the

13   above-entitled matter.

14       Dated this 26th day of DECEMBER, 2018.

15

16       /s/Stephen W. Franklin
         _____
17       Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```

**BY THE COURT: [5]** 2/25 7/19 9/13 12/17 14/17
**MR. RUDMAN: [13]** 2/11 2/16 6/10 9/12 14/1 15/9 17/16 17/25 18/8 18/21 19/5 19/9 19/13
**MR. SCHILLER: [21]**
**THE COURT: [34]**
**THE COURTROOM DEPUTY: [2]** 2/22 16/12
**THE DEFENDANT: [1]** 16/10

**$**

**$100 [1]** 5/23
**$250,000 [1]** 5/22
**$5000 [2]** 6/2 6/4

**'**

**'til [1]** 17/12

**-**

**-v [1]** 1/5

**/**

**/s/Stephen [1]** 20/16

**1**

**11 [1]** 6/17
**11:30 [1]** 16/14
**11:30 a.m [1]** 16/13
**12 [2]** 5/1 7/2
**13 [1]** 7/25
**140 [1]** 11/12
**18 [1]** 10/13
**18-80166 [1]** 2/4
**18-80166-CR-DMM [1]** 1/2

**2**

**20 [2]** 5/20 15/4
**2015 [1]** 12/1
**2017 [2]** 10/5 10/23
**2018 [2]** 1/8 20/14
**25th [2]** 10/5 10/9
**26 [1]** 1/8
**26th [1]** 20/14

**3**

**300 [2]** 11/9 11/21
**33401 [1]** 1/19
**3768 [1]** 1/18
**3rd [1]** 16/17

**4**

**4th [1]** 10/23

**5**

**51 [2]** 14/4 14/22
**514-3768 [1]** 1/18
**561 [1]** 1/18
**5:00 [4]** 17/12 17/13 17/14 17/21

**5:00 o'clock [2]** 17/15 17/25
**5:15 [1]** 17/13
**5:30 [1]** 17/13
**5CD51334FQ [1]** 11/19
**5CD6510165 [1]** 11/5

**6**

**63 [2]** 14/5 14/22
**6th [1]** 17/25

**7**

**701 [1]** 1/19

**8**

**80166 [1]** 2/4

**A**

**a.m [1]** 16/13
**able [8]** 5/14 12/4 14/23 15/5 17/24 18/22 18/25 19/4
**above [1]** 20/13
**above-entitled [1]** 20/13
**acceptable [1]** 16/15
**acceptance [1]** 4/7
**accepted [2]** 9/6 15/20
**accommodate [1]** 17/8
**account [1]** 5/10
**acts [1]** 10/13
**actually [3]** 2/19 13/24 16/19
**added [1]** 7/10
**addiction [1]** 3/22
**addition [1]** 6/2
**additional [2]** 6/4 7/11
**Additionally [1]** 6/7
**address [7]** 10/7 10/11 10/21 10/22 16/9 19/4 19/6
**adjudged [2]** 9/7 15/21
**administer [1]** 2/21
**admitted [1]** 11/1
**advance [1]** 13/7
**advice [1]** 14/21
**advised [1]** 11/3
**advisory [1]** 5/8
**affirmation [1]** 2/19
**after [3]** 5/5 6/24 15/11
**again [4]** 11/19 11/23 13/14 14/9
**against [1]** 3/3 4/4 8/25
**age [2]** 5/1 10/13
**agent [1]** 2/8
**agent's [1]** 10/11
**agents [2]** 11/14 11/19
**agree [1]** 9/19
**agreed [3]** 6/7 6/17 19/9
**agreeing [2]** 4/23 5/2
**agreement [16]** 4/13 4/14 5/18 6/16 6/24 6/25 7/3 7/5 8/7 8/8 10/16 14/22 14/24 15/24 16/21 18/12
**agreements [1]** 14/24
**alcohol [2]** 3/23 4/1
**allowed [1]** 18/23

**along [1]** 2/7
**already [1]** 13/5
**also [13]** 5/24 7/10 7/10 9/15 11/12 11/15 11/22 11/24 11/25 13/16 15/22 15/24 17/23
**although [1]** 7/16
**am [1]** 4/11
**AMERICA [1]** 1/3
**another [1]** 3/4
**answer [2]** 3/2 3/3
**anticipate [2]** 7/15 17/20
**any [16]** 3/2 3/13 3/14 3/20 3/25 4/1 4/22 4/22 5/25 6/2 6/24 7/12 8/8 9/11 12/6 13/6
**anyone [1]** 8/12
**anything [3]** 13/2 15/9 16/6
**aol.com [1]** 1/20
**apologize [2]** 3/19 13/25
**apparently [1]** 18/2
**appeal [3]** 7/4 7/5 7/6
**appearances [2]** 1/14 2/5
**appellate [1]** 15/23
**applied [1]** 16/5
**apply [1]** 8/4
**approximately [1]** 11/12
**around [1]** 14/22
**ask [5]** 3/7 4/14 9/22 9/25 16/2
**aspects [1]** 4/21
**assessment [3]** 5/24 6/2 6/4
**assistance [1]** 8/20
**attained [1]** 5/1
**attempted [1]** 8/12
**Auburn [1]** 3/18
**authority [2]** 5/12 15/3
**authorized [1]** 5/12
**available [1]** 10/8
**aware [3]** 3/10 15/16 17/22

**B**

**Bachelor's [1]** 3/19
**back [3]** 10/4 10/21 12/1
**based [1]** 11/14
**basically [1]** 6/8
**basis [1]** 15/19
**Beach [2]** 1/7 1/19
**because [3]** 7/3 8/14 18/25
**before [6]** 1/11 4/16 6/23 16/17 16/19 17/13
**beginning [1]** 16/17
**behalf [3]** 2/7 2/13 8/23
**being [2]** 18/22 18/24
**believe [6]** 4/19 6/11 13/3 14/4 16/6 18/7
**believed [1]** 11/15
**belonged [1]** 11/3
**better [1]** 16/25
**between [2]** 4/13 18/10
**beyond [4]** 8/8 8/19 10/4

12/15
**bin [3]** 11/7 11/13 12/1
**black [3]** 6/11 6/14 11/18
**bond [2]** 18/2 18/5
**Both [1]** 12/2
**brief [1]** 18/9
**briefly [1]** 9/23
**bring [1]** 13/24
**Bureau [2]** 2/8 10/5

**C**

**cable [1]** 15/15
**calculate [2]** 5/7 14/19
**calculated [2]** 13/13 14/1
**calculation [1]** 13/7
**calculations [4]** 13/6 13/15 13/17 13/20
**called [1]** 8/22
**can't [1]** 7/17
**carefully [2]** 3/8 9/24
**case [13]** 1/2 2/3 2/4 3/9 4/4 5/5 7/4 8/10 9/24 10/3 12/15 13/5 15/14
**category [1]** 14/7
**CERTIFICATE [1]** 20/9
**Certified [1]** 20/11
**certify [1]** 20/11
**change [4]** 1/10 2/16 17/15 17/24
**charge [4]** 4/3 4/4 5/3 12/25
**charges [2]** 4/24 15/17
**child [10]** 4/25 10/6 10/8 10/14 10/18 11/7 11/15 11/21 11/24 12/7
**children [2]** 10/12 11/9
**choose [1]** 8/23
**circumstances [1]** 6/22
**civil [2]** 2/19 9/8
**clarification [1]** 18/19
**cleaner [1]** 11/23
**clear [1]** 14/22
**Clematis [1]** 1/19
**client [2]** 2/18 9/11
**closet [1]** 11/2
**cocaine [1]** 8/21
**colloquy [1]** 15/11
**Comcast [1]** 10/20
**comes [1]** 2/18
**commerce [1]** 12/8
**commit [1]** 6/24
**communicate [1]** 19/12
**competent [2]** 3/10 15/15
**complain [1]** 17/7
**computer [10]** 10/12 11/1 11/6 11/13 11/16 11/17 11/19 11/22 11/25 12/9
**concluded [1]** 19/17
**conditions [4]** 18/3 18/6 18/7 18/10
**conduct [5]** 11/10 12/7

12/10 12/11 12/13
**confirm [1]** 4/14
**confirmed [1]** 7/1
**Congress [1]** 5/11
**connection [1]** 8/9
**consequence [1]** 9/12
**consequences [1]** 15/17
**consideration [1]** 5/6
**considered [1]** 3/8
**consistent [1]** 10/13
**contact [1]** 19/4
**contained [4]** 6/15 11/22 12/6 15/24
**containing [1]** 15/19
**convicted [1]** 6/3
**copy [1]** 4/12
**correct [3]** 4/15 6/13 20/12
**couldn't [1]** 8/24
**counsel [5]** 7/17 8/21 13/16 15/23 16/18
**count [1]** 4/24
**COURT [11]** 1/1 1/18 2/1 5/11 13/9 15/14 15/22 16/10 17/22 19/7 20/4
**Court's [1]** 16/22
**cover [2]** 13/3 15/9
**CPE [1]** 1/18
**CR [1]** 1/2
**crime [1]** 16/4
**crime's [1]** 9/6
**criminal [1]** 14/6
**cross [1]** 8/21
**cross-examine [1]** 8/21
**CRR [2]** 1/18 20/17
**currently [1]** 3/25

**D**

**damage [1]** 11/14
**Dated [1]** 20/14
**dating [1]** 12/1
**days [1]** 17/3
**December [7]** 10/23 12/1 16/13 16/14 16/17 17/15 20/14
**December 2015 [1]** 12/1
**December 3rd [1]** 16/17
**December 4th [1]** 10/23
**December 6 [3]** 16/13 16/14 17/15
**decide [2]** 15/2 16/8
**decided [1]** 8/24
**decision [4]** 3/9 3/10 7/22 8/9
**decline [1]** 7/11
**defendant [10]** 1/7 1/16 2/14 2/24 12/5 12/12 15/15 15/21 15/23 18/22
**defendant's [3]** 10/7 10/11 18/21
**defense [2]** 13/15 16/18
**degree [1]** 3/18
**departure [1]** 7/8
**depending [1]** 16/21
**depicted [1]** 10/12

{WITNESSNAME}

Index: depiction..multiple

## D

depiction [4]  12/6 12/9
12/11 12/12
describe [3]  9/23 12/19
16/4
described [2]  10/19 11/8
descriptions [1]  10/16
Despite [1]  9/22
determine [3]  3/9 13/17
14/11
devices [1]  12/2
difference [1]  18/16
different [1]  18/17
disc [1]  11/23
disclosed [1]  11/3
disclosure [1]  6/21
discovered [2]  10/25
11/6
discretion [1]  5/9
discuss [1]  4/16
discussed [2]  4/4 15/23
displayed [1]  11/11
DISTRICT [5]  1/1 1/1
1/12 12/14 18/24
DMM [1]  1/2
doctor [1]  17/20
document [1]  18/16
does [3]  9/11 9/13 17/15
doesn't [1]  13/7
don't [7]  3/13 13/23
16/23 17/14 17/20 18/15
19/11
DONALD [1]  1/11
doubt [3]  8/20 10/4
12/15
Douglas [2]  2/12 2/24
down [1]  5/9
drives [1]  12/2
drug [1]  3/25
due [2]  11/13 13/23

## E

E-mail [1]  1/20
each [2]  10/17 15/19
early [2]  16/20 17/7
effect [1]  18/8
either [1]  8/23
elements [2]  12/4 15/20
else [2]  13/2 15/9
end [2]  16/24 17/7
enforcement [1]  10/12
engaged [2]  10/13 12/6
engaging [2]  12/10
12/13
entering [3]  6/23 6/24
15/16
entitled [1]  20/13
essential [1]  15/19
established [1]  7/9
every [2]  17/1 17/13
evidence [2]  10/18 11/16
Examination [1]  20/4
examine [1]  8/21
exceed [1]  7/7
executed [1]  10/24
exhibition [1]  11/11

## F

existing [2]  18/6 18/7
expert [1]  17/19
explicit [4]  11/10 12/7
12/10 12/13
exposed [1]  11/11

face [1]  9/11
fact [3]  8/24 13/6 15/19
facts [2]  6/23 9/19
factual [2]  9/16 9/17
fail [1]  6/20
falls [1]  5/8
false [1]  3/4
falsely [1]  3/2
far [5]  3/17 12/1 15/11
18/24 19/3
federal [7]  2/8 5/2 5/6
7/3 8/3 10/5 10/23
felony [2]  9/6 9/7
file [3]  15/1 16/7 19/8
filed [1]  4/3
files [3]  10/10 10/10
10/15
filing [1]  17/18
finally [1]  12/11
finding [2]  15/13 15/22
fine [1]  5/22
finishes [1]  9/25
firearm [1]  9/9
first [3]  4/13 9/15 10/25
five [2]  5/21 17/3
FLORIDA [6]  1/1 1/7
1/19 10/22 12/3 12/14
folder [1]  11/20
follow [2]  7/12 14/24
followed [1]  5/20
force [1]  8/12
foregoing [1]  20/11
foreign [1]  12/8
forensics [1]  11/6
forfeit [1]  6/7
forgot [1]  13/24
form [1]  17/20
found [7]  6/22 11/2
11/15 11/17 11/19 11/24
11/25
four [2]  9/16 12/24
Franklin [4]  1/18 20/10
20/16 20/17
free [1]  8/14
front [1]  13/24
full [1]  6/21
fully [1]  15/15

## G

genitals [1]  11/10
gets [1]  18/25
give [1]  14/20
given [1]  4/12
giving [2]  7/5 9/3
God [1]  2/20
goes [1]  17/11
going [9]  3/7 4/21 9/22
14/25 16/16 16/18 16/19
17/18 17/19
gone [4]  9/24 10/3 12/15

13/15
good [6]  2/6 2/10 2/11
2/12 2/15 19/15
got [1]  19/12
GOVERNMENT [16]
1/4 1/15 3/12 4/13 6/7
6/19 6/23 8/8 8/19 8/22
9/25 10/3 12/3 16/8
16/21 18/4
Government's [1]  6/17
graduate [1]  3/18
Graduated [1]  3/18
Greg [1]  2/6
guess [1]  7/10
guideline [5]  5/7 5/8 7/9
13/7 14/20
guidelines [8]  5/6 5/9
6/18 13/5 13/12 13/12
14/21 16/5
guilt [2]  8/19
guilty [19]  3/9 3/12 4/23
5/3 5/13 7/25 8/9 8/12
8/14 8/15 8/17 8/18 9/3
9/7 12/25 12/25 13/1
15/18 15/21

## H

hand [1]  2/23
handed [1]  9/16
hard [1]  12/2
he's [2]  15/16 18/2
heard [2]  12/19 13/10
hearing [3]  15/3 16/9
17/21
here [2]  7/11 9/20
hesitated [1]  12/22
Hewlett [3]  6/8 6/14
6/14
higher [2]  13/20 14/12
history [1]  14/6
hold [1]  9/8
home [1]  10/21
Honor [10]  2/6 2/12
6/12 7/14 9/13 10/2
10/17 14/17 17/17 18/14
HONORABLE [1]  1/11
housekeeping [2]  2/18
18/10
however [2]  6/20 7/4
HP [3]  10/25 11/5 11/18
hundred [1]  7/17

## I

I'm [8]  3/7 3/19 4/21 5/6
9/22 13/10 14/19 16/16
I've [3]  4/12 9/15 13/15
identified [2]  5/25 10/7
illness [1]  3/20
images [7]  10/9 10/12
11/8 11/9 11/19 11/21
11/22
immigration [1]  9/12
important [1]  7/2
imposed [6]  5/5 5/15 7/4
7/7 15/6 18/13
imprisonment [2]  5/19
5/20

including [1]  12/8
incorrect [1]  16/6
indecently [1]  11/11
independent [2]  8/2
15/19
indicates [1]  5/18
indicative [2]  11/7 11/24
influence [1]  3/25
information [3]  4/3 4/24
10/20
informed [1]  15/16
instead [1]  2/19
interpreted [1]  18/11
interstate [1]  12/8
investigation [4]  2/9
10/5 10/6 16/2
involved [2]  12/9 12/12
involving [1]  4/25
IP [3]  10/7 10/11 10/21
issue [5]  12/22 18/10
18/20 19/2 19/4
issues [1]  15/11
it's [5]  6/11 14/22 15/13
15/22 18/19
items [1]  12/7

## J

January [1]  16/21
joint [2]  7/12 7/13
JUDGE [19]  1/12 2/17
13/4 13/14 13/23 14/2
14/4 14/8 15/10 16/16
16/17 16/25 17/24 18/1
18/4 18/9 18/20 19/14
19/16
Jupiter [1]  10/22
jury [1]  8/18
just [8]  13/19 13/20
14/10 17/17 17/21 18/9
18/13 19/3

## K

knew [1]  12/12
know [3]  13/12 16/19
17/11
knowing [2]  15/18 15/25
knowingly [1]  12/5

## L

laid [1]  9/20
laptop [6]  6/14 6/15
10/25 11/2 11/5 11/18
laptops [1]  6/8
lascivious [2]  10/14
11/11
last [2]  16/18 17/12
late [1]  17/11
later [3]  3/3 11/3 11/17
law [5]  5/2 5/12 6/3 7/3
10/11
laws [1]  5/10
lawyer [9]  3/14 4/5 4/17
7/22 8/21 14/21 15/1
16/3 16/7
lawyer's [1]  4/7
least [1]  5/21
legal [2]  5/11 15/3

let [2]  4/13 17/6
Let's [1]  16/24
levels [1]  6/19
lewd [1]  10/14
life [2]  5/22 8/4
Likewise [1]  11/25
listed [1]  10/15
listen [1]  9/24
listing [1]  17/19
long [2]  9/16 16/23
lose [1]  9/7
low [1]  14/9
lower [2]  13/20 14/12
LS [1]  11/8

## M

magistrate [2]  18/18
19/9
mail [1]  1/20
making [2]  3/4 10/7
manner [1]  7/6
manufactured [1]  12/2
matter [2]  18/19 20/13
matters [1]  12/3
maximum [3]  5/12 7/7
15/4
me [7]  2/7 2/13 3/13
4/13 4/22 13/24 14/20
mean [3]  13/12 17/18
19/12
medication [1]  4/1
mental [1]  3/20
Merit [1]  20/10
Middle [1]  18/24
MIDDLEBROOKS [1]
1/11
might [6]  8/4 13/8 14/9
14/11 14/13 17/24
minor [5]  5/1 5/1 12/6
12/10 12/13
Miranda [1]  1/7
misconduct [1]  6/24
misrepresented [1]  6/23
models [1]  11/9
modification [1]  18/13
modify [1]  19/8
months [2]  14/5 14/22
morning [5]  2/6 2/10
2/11 2/12 2/15
mother's [2]  18/21
18/24
motion [1]  19/9
Mr. [14]  2/16 2/22 7/13
9/11 9/17 12/20 12/19
13/2 14/1 14/10 15/8
16/11 18/12 19/3
Mr. Rudman [4]  2/16
9/11 14/1 15/8
Mr. Schiller [4]  7/13
13/2 18/12 19/3
Mr. Wukoson [6]  2/22
9/17 10/21 12/19 14/10
16/1
much [1]  5/22
multiple [3]  10/9 10/10
11/6

{WITNESSNAME}                                                                                    Index: must..thinks

**M**

must [1] 5/23

**N**

narcotics [1] 3/22
nature [1] 15/16
necessary [1] 12/4
need [3] 17/15 18/16
19/12
networks [1] 10/7
newer [1] 11/6
next [1] 2/13
NICHOLAS [6] 1/6 2/4
2/13 2/14 15/14 20/3
no [15] 1/2 3/21 3/24 4/2
7/14 7/16 7/18 8/11 8/13
9/4 12/24 14/13 17/8
18/5 19/5
None [1] 20/7
nonindigent [1] 6/3
normal [1] 16/24
number [4] 2/4 11/5
11/18 15/1
number 5CD6510165 [1]
11/5
numbers [1] 6/15

**O**

o'clock [2] 17/15 17/25
oath [3] 2/20 2/21 3/2
objection [2] 15/2 18/5
objections [1] 16/7
objects [1] 15/1
obligated [2] 5/7 14/19
obviously [1] 13/16
occur [1] 12/14
off [1] 16/23
offender [2] 8/1 8/3
offense [2] 5/13 6/22
15/20 15/21
office [3] 6/21 9/9 16/1
officer [1] 10/19
Official [1] 1/18
Okay [2] 6/17 19/15
once [1] 18/25
one [11] 6/11 6/11 6/13
6/14 7/15 10/7 11/22
12/5 13/17 14/2 17/7
only [3] 14/16 15/11
19/2
order [3] 2/1 5/24 19/7
ordered [2] 5/23 5/23
originally [1] 11/2
otherwise [2] 14/25
17/24
ought [1] 16/5
outside [1] 12/3
over [3] 11/8 11/21
13/15
overnight [2] 18/23
18/25
own [2] 8/14 9/9

**P**

Packer [3] 6/8 6/14 6/14
page [1] 10/15

page 2 [1] 10/15
pages [1] 9/16
Palm [2] 1/7 1/19
paperwork [1] 17/18
paragraph [5] 4/23 5/17
6/17 7/2 7/25
paragraph 1 [1] 4/23
paragraph 11 [1] 6/17
Paragraph 12 [1] 7/2
Paragraph 13 [1] 7/25
paragraph 4 [1] 5/17
parties [1] 14/23
passed [1] 5/10
penalties [1] 5/17
percent [1] 7/17
performing [1] 10/6
period [1] 19/1
perjury [1] 3/4
permitted [1] 7/7
person [1] 6/3
play [1] 11/20
player [2] 11/20 11/20
plea [22]
plead [10] 3/9 3/11 4/23
5/3 8/9 8/12 8/17 8/18
12/25 13/1
pleading [4] 5/13 7/25
8/14 9/3
please [6] 2/2 2/21 2/23
2/25 4/22 9/24
point [7] 2/17 3/14 7/16
7/18 12/23 14/16 18/17
points [1] 7/25
pornography [10] 4/25
10/6 10/8 10/14 10/18
11/7 11/15 11/21 11/24
12/7
posed [1] 11/9
poses [1] 10/13
possessed [1] 12/5
possession [1] 4/25
possible [2] 5/17 9/12
post [1] 11/1
post-Miranda [1] 11/1
predictions [1] 13/6
prefer [1] 2/19
prepare [1] 16/4
prepubescent [1] 4/25
present [3] 8/22 10/25
16/3
pretrial [4] 18/5 18/11
18/17 19/13
primarily [1] 11/9
probation [6] 6/21 13/17
14/11 14/20 16/1 18/12
probation's [1] 14/25
problem [2] 19/11 19/13
proceedings [3] 1/10
19/17 20/12
production [1] 12/9
proffer [2] 9/16 9/17
prolonged [1] 19/1
promises [1] 8/8
pronouncement [1]
18/10
proposed [1] 19/6

prosecution [1] 3/4
prosecutor [2] 9/22
12/19
prove [1] 8/19 12/4
12/20
proven [3] 9/23 10/4
12/15
provided [1] 4/8
provision [1] 7/11
provisions [1] 18/18
purpose [1] 3/7
put [2] 16/23 18/13

**Q**

question [1] 4/22
questions [4] 3/3 3/7 3/8
3/13
quick [1] 17/21

**R**

raise [2] 2/23 12/23
range [7] 5/8 7/9 14/9
14/11 14/12 14/12 14/20
reach [1] 14/23
Real [1] 11/20
Realtime [1] 20/11
reason [4] 3/11 13/9
13/21 14/13
reasonable [3] 8/20 10/4
12/15
recognize [1] 9/15
recommend [2] 6/18
16/5
recommendation [3]
6/20 7/12 7/13
recommendations [1]
14/25
record [3] 10/17 18/14
20/12
recycling [3] 11/7 11/13
12/1
reduced [1] 6/18
regarding [2] 11/17
18/20
regardless [1] 14/10
register [1] 8/1
Registered [2] 20/10
20/11
registration [1] 8/3
related [1] 5/11
release [4] 5/21 8/2
15/11 18/11
rely [2] 13/15 13/16
remain [2] 18/3 18/8
remaining [1] 18/5
report [2] 16/4 16/6
Reporter [4] 1/18 1/18
20/10 20/11
representation [2] 4/7
4/10
request [1] 16/20
requesting [1] 17/18
required [3] 5/24 6/20
8/1
requirements [1] 8/3
residence [4] 10/24
11/18 18/21 18/24
resolved [1] 14/24

respect [3] 7/23 13/23
16/10
responsibility [1] 6/19
restitution [1] 5/24
result [3] 5/14 7/8 15/5
review [2] 4/16 4/21
9/19
reviewed [2] 4/3 8/7
right [32]
rights [5] 3/11 7/5 9/1
9/3 9/8
RMR [1] 1/18 20/17
Rosenberg [3] 16/17
16/25 17/24
Rudman [2] 2/13 2/16
9/11 14/1 15/8

**S**

same [1] 10/9
satisfied [3] 4/7 4/10
7/22
say [2] 7/17 7/18
says [2] 3/12 10/1
schedule [4] 16/22 16/24
17/8 17/21
scheduling [1] 17/17
Schiller [5] 2/7 7/13
13/2 18/12 19/3
school [1] 3/17
Scott [1] 2/8
search [4] 10/23 10/24
11/6 11/23
searching [1] 11/24
seated [2] 2/2 2/25
second [3] 11/2 11/17
14/3
sentence [11] 5/5 5/8
5/12 5/14 7/4 7/6 7/6
13/11 15/4 15/6 16/10
sentenced [2] 5/18 5/19
sentencing [13] 5/6 5/7
5/11 7/9 7/12 7/13 13/5
14/20 15/2 16/5 16/9
16/12 16/20
September [3] 1/8 10/5
10/9
September 25th [2] 10/5
10/9
serial [3] 6/15 11/5
11/18
Services [1] 19/13
session [1] 17/1
set [3] 16/17 17/14 18/18
several [2] 3/7 10/15
sex [2] 8/1 8/3
sexual [1] 10/19
sexually [4] 11/10 12/6
12/10 12/13
SFranklinUSDC [1]
1/20
should [5] 13/3 15/9
18/3 18/4 18/13
signature [2] 4/14 9/17
signing [1] 4/16
silver [5] 6/8 6/11 6/14
10/25 11/5

sir [37]
software [2] 11/16 11/23
sole [1] 4/24
someone's [1] 19/12
somewhere [2] 14/21
18/16
sorry [2] 3/19 13/10
sort [1] 10/9
SOUTHERN [2] 1/1
12/14
speak [2] 3/14 16/2
special [4] 2/8 5/23 6/2
6/4
specially [1] 16/16
spoke [1] 11/9
state [2] 8/3 12/3
statement [1] 3/5
STATES [6] 1/1 1/3
1/12 2/3 2/7 15/14
statute [1] 7/8
stay [2] 18/22 18/25
Stephen [1] 1/18 20/10
20/16 20/17
stick [1] 16/24
stop [1] 3/14
Street [1] 1/19
subject [1] 8/2
subpoena [1] 10/20
subscriber [1] 10/20
such [2] 9/8 12/11
supervised [3] 5/21 8/2
19/4
supported [1] 15/18
sure [1] 3/8
surrounding [1] 6/22
suspect [1] 11/12
sworn [1] 2/18 2/24

**T**

take [1] 5/10
taken [1] 15/12
taking [1] 4/1
talk [3] 16/3 17/6 17/23
talked [2] 7/21 14/4
talking [1] 7/17
tell [3] 3/13 4/22 14/23
term [3] 5/19 5/19 5/20
terms [2] 11/7 11/23
testify [6] 8/23 8/23 8/24
17/20
Testimony [1] 20/3
thank [6] 2/25 10/2
12/17 17/10 18/1 19/16
that's [4] 13/8 13/20
14/16 18/18
there's [3] 3/11 6/2 7/10
12/24 14/22 16/6
therefore [1] 18/15
therein [1] 10/19
They'll [1] 16/2
they're [2] 9/20 13/20
things [1] 12/20
think [3] 13/22 14/9
15/9 18/20
thinks [3] 14/11 14/13
14/21

**T**

**those [14]**  8/4 8/25 9/3 10/12 10/15 10/17 10/17 11/14 11/15 12/20 13/19 14/24 16/7 16/8
**thousand [1]**  11/8
**three [2]**  6/18 16/18
**throughout [1]**  8/4
**thumbnails [1]**  11/21
**thus [1]**  12/3
**title [1]**  11/14
**titles [1]**  10/16
**to -- I [1]**  19/12
**told [5]**  13/8 13/11 13/16 14/19 15/3
**too [1]**  19/16
**total [1]**  6/18
**trading [1]**  10/8
**transcript [2]**  1/10 20/12
**transmitted [1]**  10/10
**transported [1]**  12/8
**travel [2]**  18/23 18/25
**treated [2]**  3/20 3/22
**trial [11]**  8/18 8/25 9/4 9/23 9/24 10/3 12/16 12/20 16/17 17/2 17/13
**two [1]**  6/8
**types [1]**  14/24

**U**

**Um [1]**  7/16
**under [5]**  3/2 3/25 6/3 7/3 10/12
**undercover [3]**  10/6 10/11 10/18
**understand [19]**  3/5 3/13 3/15 4/19 5/2 5/15 5/25 6/5 6/9 6/25 8/4 8/17 8/25 9/4 9/9 14/10 15/6 16/10 19/10
**Understandable [1]**  19/14
**UNITED [6]**  1/1 1/3 1/12 2/3 2/7 15/14
**University [1]**  3/18
**unless [1]**  7/7
**upward [2]**  7/8 7/8
**us [1]**  17/7
**used [3]**  3/3 8/24 11/20
**usually [4]**  5/7 14/24 17/11 17/12

**V**

**valuable [1]**  9/7
**variance [2]**  7/8 17/19
**vary [1]**  5/9
**versus [3]**  2/3 15/14 18/11
**very [1]**  7/2
**via [1]**  12/8
**victims [1]**  5/25
**video [1]**  10/10
**videos [3]**  11/12 11/21 11/25
**view [1]**  11/20

**viewed [1]**  10/18
**violation [1]**  5/2
**visual [4]**  12/6 12/9 12/11 12/12
**voluntary [2]**  15/18 15/25
**vote [1]**  9/8

**W**

**waiver [3]**  7/21 15/23 15/24
**want [7]**  3/13 12/23 14/10 16/23 17/6 17/21 19/8
**wanted [1]**  14/16
**warrant [2]**  10/23 10/24
**we'll [3]**  15/2 17/8 17/23
**we're [1]**  17/18
**We've [1]**  8/7
**week [1]**  17/3
**weeks [1]**  16/18
**well [9]**  5/10 6/13 9/15 9/17 13/6 13/11 13/22 17/23 19/2
**went [1]**  17/13
**West [2]**  1/7 1/19
**What's [1]**  18/16
**whatever [3]**  13/8 13/19 14/12
**wherein [1]**  11/10
**whether [1]**  9/25
**Why [1]**  17/14
**Wilson [1]**  2/8
**wiping [2]**  11/16 11/23
**withdraw [5]**  5/14 13/9 13/21 14/13 15/5
**within [4]**  5/8 6/15 13/11 15/24
**witness [1]**  17/19
**witnesses [2]**  8/22 8/22
**won't [5]**  5/13 6/19 10/17 15/5 17/7
**work [1]**  17/16
**worked [1]**  16/8
**works [1]**  16/25
**wouldn't [2]**  7/18 13/14
**written [3]**  8/7 16/4 16/7
**WUKOSON [16]**  1/6 2/4 2/13 2/14 2/22 2/24 9/17 10/21 10/24 11/1 11/3 12/19 14/10 15/15 16/1 20/3

**Y**

**y'all [2]**  13/12 15/1
**Yeah [1]**  19/8
**years [3]**  5/20 5/22 15/4
**yes [27]**
**yet [1]**  19/5
**you're [10]**  3/2 3/10 3/10 4/10 5/2 5/13 6/13 6/22 7/5 9/3
**you've [3]**  3/8 6/7 7/10
**yours [1]**  17/9
**yourself [1]**  4/13