UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80166-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

NICHOLAS WUKOSON,
    Defendant(s)
_____/

### ORDER ON DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA

**THIS CAUSE** comes before the Court upon the Defendant's Motion to Withdraw Plea (D.E. 27). After reviewing the motion, the Government's response (D.E. 35) indicating it has no objection, and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Withdraw Guilty Plea (**D.E. 27**) is **GRANTED**. The sentencing hearing set for January 11, 2019 is **CANCELLED**. The Defendant's plea of guilty is hereby **VACATED** and this case will be set for trial by separate order.

**DONE AND ORDERED** at West Palm Beach, Florida this 3rd day of January, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      U.S. Probation