UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80166-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

NICHOLAS WUKOSON,
    Defendant(s)
_____/

## ORDER RESETTING JURY TRIAL

**THIS CAUSE** comes before the Court upon the Defendant's Motion to Withdraw Plea (D.E. 27) which was granted on January 3, 2019 (D.E 36). Due to the Defendant withdrawing his plea, this case is placed back on the Court's trial docket. The trial is rescheduled to begin on **Monday, February 4, 2019 at 9:00 am in West Palm Beach**. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**ORDERED AND ADJUDGED** that the time between September 26, 2018 and February 4, 2019 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida this 3rd day of January, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      U.S. Probation