UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
        Plaintiff,

v.

NICHOLAS WUKOSON,
        Defendant.
_____/

## MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel who respectfully moves to continue the February 4th, 2019 trial date that has been recently set by this Court. As grounds therefore, undersigned would state the following:

1. As the Court is aware, defense counsel was recently engaged by defendant to file a motion to vacate defendant's plea. The Court on January 3rd, 2019 vacated the plea and set the trial in this matter for February 4th, 2019. The defense has engaged an expert named Richard Connor, Esq. to analyze and review the two computers at issue in this case, that allegedly contained the child pornography that the defendant is alleged to have possessed.

2. At counsel's request, Mr. Connor has reached out to Government for the purpose of forensic examination, but because of the logistics involved, Mr. Connor, has not yet had those items made available to him. Mr. Connor would need sufficient time to analyze the computer and depictions of child pornography for a proper defense to be made.

3. Defense counsel must attend the sentencing of *USA v. MELVYN KOMITO* (Case No. 1:18-CR-00118-AT-1) in the Southern District of New York on February 4th, 2019. This specially set sentencing date has been continued once previously.

4. Defense counsel will be trying the case of *USA v. BALMY JOSEPH,* (Case No. 9:18-cr-80153-WPD-2) beginning January 7th, 2019. The case ended yesterday January 10th, 2019.

5. Thereafter defense counsel must prepare for *USA v. ANNA GALLEGO*, (Case No. 4:18-cr-00079-SMR-CFB-4) in the Southern District of Iowa in Des Moines, Iowa on January 24th, 2019 for sentencing. That case has also been continued once previously.

6. In addition, thereto, undersigned counsel is set to try the case of *USA v. RONNIE MONTSDEOCA,* (Case No. 9:18-cr-80194-DMM-1) before your honor beginning on February 19th, 2019.

7. Undersigned counsel must also file an appellate brief in the matter of *TAMEA GRANT V. ENTERTAINMENT CRUISES, ET AL*, (Case No. 18-7142) due in the United States Court of Appeals for the District of Columbia Circuit, due on January 22nd, 2019.

8. In view of counsel's conflict and heavy trial and appellate schedule as well as the need to properly prepare the WUKOSON case for trial, undersigned counsel respectfully requests that the WUKOSON trial be set for trial no earlier than late March 2019.

Undersigned counsel has spoken to Assistant United States Attorney Greg Schiller who does not oppose this motion, as long as it is not during the week of March 18 as he will be away and the week of April 22 as it is Passover, the Jewish holiday, which Mr. Schiller also observes.

Respectfully submitted,
/s/ Michael B. Cohen, Esq.

Michael B. Cohen, Esq.
Florida Bar No: 210196

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Filing to all applicable parties on January 18, 2019

Respectfully submitted,
S/ Michael B. Cohen, Esq.

Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929