UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80166-MIDDLEBROOKS

UNITED STATES OF AMERICA      )
         )
v.         )
         )
NICHOLAS WUKOSON,      )
         )
    Defendant.      )
         )

**GOVERNMENT'S 3rd RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    1.    The government is aware of any written or recorded statements made by the defendant in the form of text messages, which are attached to this filing in the extraction reports of his cellular phones and tablet.

        5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at:  the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400.   The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

B.    DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

The government is aware of its continuing duty to disclose such newly discovered

additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

The attachments to this response is a thumb-drive containing the following:

1. a folder entitled "Emails from Karyn Wukoson" which includes five (5) emails and their attachments entitled: "FW_ FW_ Scan from HR Printer - 01162019 151916.pdf"; "FW_ Order Granting MTD.pdf"; "FW_ Parenting plan notes 05_03_2016.pdf"; "FW_ Wukoson - parenting plan with step up.pdf"; and "FW_ Your resignation.pdf";

2. a folder entitled "iPad Extraction" containing the data extraction with UFED reader from the iPad seized from the defendant's residence on November 4, 2017;

3. a folder entitled "iPhone 6s Extraction" containing the data extraction with UFED reader from the iPhone 6s seized from the defendant's residence on November 4, 2017;

4. a folder entitled "Samsung Galaxy S6 Extraction" containing the data extraction with UFED reader from the Samsung Galaxy S6 phone seized from the defendant's residence on November 4, 2017;

5. a folder entitled "UCE Logs2" containing ninety-six (96) folders of the logs of the downloaded files by the undercover agent from June 27, 2017 through November 26, 2017 (NOTE…if defense counsel wishes to view the images and videos themselves, please make arrangements with the undersigned Assistant United States Attorney);

6. a PDF document entitled PBC School Records – Jack Wukoson (51 pages)

7. Three (3) PDF documents containing absentee records from Franklin Academy from school years 2015-2016, 2016-2017, and 2017-2018.

Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


By:   _s/Gregory Schiller_____
       Gregory Schiller
       Assistant United States Attorney
       Florida Bar No.
       500 S. Australian Ave., Suite 400
       West Palm Beach, FL 33401
       Tel: (561) 209-1045
       Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.  The thumb drive containing the above-listed items was hand-delivered to counsel of records in West Palm Beach Federal Court on Friday, February, 22, 2019.

s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney

## SERVICE LIST
United States v. NICHOLAS WUKOSON
Case No. **18-CR-80166-MIDDLEBROOKS**
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff: United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant: Nicholas Wukoson | Michael B. Cohen, Esq.<br>6400 N. Andrews Ave., Ste 505<br>Ft. Lauderdale, FL 33309<br>Email: Attorney@southflalaw.com<br>**via Notice of Electronic Filing generated by CM/ECF** |
|  | Alan Schlesinger, Esq.<br>31 Netteeton Dr.<br>Woodbridge, CT 06525<br>Email: alSchlesinger@att.net<br>**via Notice of Electronic Filing generated by CM/ECF** |