UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80166-MIDDLEBROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NICHOLAS WUKOSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S 4th RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this fourth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    1.    The government is aware of any written or recorded statements made by the defendant in the form of text messages, which are attached to this filing in the text messages obtained from the phones of Karyn Wukoson and Leah Trietiak.

       5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

B.    DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

1

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response is a thumb-drive containing the following:

1. a folder entitled "Karyn phone" containing text messages and iMessages from the phone of Karyn Wukoson to the Defendant;

2. a folder entitled "Leah phone" containing text messages and voicemails from the phone of Leah Trietiak to the Defendant;

3. a PDF document entitled "Combined PDF documents", containing the business record certifications for school records from Franklin Academy and PBC Schools already provided in discovery (1 page each); business record certifications for school records from Comcast for IP subscriber information and history (6 pages); Statement by David Crow (2 pages), Karyn Wukoson (3 pages), and Kathy McInerney (2 pages); Latent Print Report (10 pages); 2017 Calendar with dates of which parent JW slept with by Leah Trietiak (1 page); a log of locations of JW for specific dates between June 27, 2017 and November 26, 2017 by Leah Trietiak (2 pages); transcript of the audio recorded interview of Nicholas Wukoson (62 pages); document identifying the specific video files that are charged in counts 3-6 of the Superseding Indictment (1 page).

Please contact the undersigned Assistant United States Attorney if any pages are missing.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   s/*Gregory Schiller*
       Gregory Schiller
       Assistant United States Attorney
       Florida Bar No.
       500 S. Australian Ave., Suite 400
       West Palm Beach, FL 33401
       Tel: (561) 209-1045
       Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

        *s/Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney

## SERVICE LIST
United States v. NICHOLAS WUKOSON
Case No. **18-CR-80166-MIDDLEBROOKS**
United States District Court
Southern District of Florida

| **Party** | **Counsel** |
| --- | --- |
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Nicholas Wukoson | Michael B. Cohen, Esq.<br>6400 N. Andrews Ave., Ste 505<br>Ft. Lauderdale, FL 33309<br>Email: Attorney@southflalaw.com<br>**via Notice of Electronic Filing generated by CM/ECF** |
| | Alan Schlesinger, Esq.<br>31 Netteeton Dr.<br>Woodbridge, CT 06525<br>Email: alSchlesinger@att.net<br>**via Notice of Electronic Filing generated by CM/ECF** |