UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   18-CR-80166-DMM

UNITED STATES OF AMERICA
        Plaintiff

v.

NICHALOS R. WUKOSON
        Defendant.
_____/

# NOTICE OF INTENTION TO RELY ON RECORD OF
# REGULARLY CONDUCTED ACTIVITY UNDER F.R.E. 803(6) and 902(11), (13)

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, pursuant to Federal Rule of Evidence 803(6) and 902(11),(13), and gives notice of its intention to rely on written declarations of the following business with certain documents as follows:

1. Comcast Subscriber Information and IP History for IP address 75.74.212.126;

2. Florida Charter Association / Franklin Academy for school absentee records of J.W.; and

3. Palm Beach County School District for school records of J.W.

are business records under Federal Rule of Evidence 803(6).

These records were provided to the Federal Bureau of Investigation in connection with the investigation which gave rise to this indictment.  A records custodian for this company has executed a written declaration certifying under penalty of perjury that each of the prerequisites for admissibility under F.R.E. 902(11),(13) are satisfied with respect to this evidence.

The Comcast records themselves were provided to the defense as attachments to the Government's 1st Response to the Standing Discovery Order (DE 4), both school records were provided to the defense at attachments to the Government's 3rd Response to the Standing Discovery Order (DE 50), and the declarations were provided in the government's 4th Response to the Standing Discovery Order (DE 52).

These records are not testimonial and, as such, the requirements set forth in Crawford v. Washington, 124 S.Ct. 1354 (2004), do not apply.

The government anticipates that introduction of this evidence pursuant to the above-cited rules will substantially shorten the time needed for trial currently set for March 25, 2019.

        Respectfully submitted,
        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:  s/ *GREGORY SCHILLER*
        Gregory Schiller
        Assistant United States Attorney
        Fla. Bar. A5501296
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        E: gregory.schiller@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via CM / ECF on March 11, 2019 and served on all those associated with the service list.

                                                   *s/ Gregory Schiller*
                                             Assistant United States Attorney