**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 18-CR-80166-DMM**

UNITED STATES OF AMERICA
        Plaintiff,

v.

NICHOLAS WUKOSON,
        Defendant.

_____/

## MOTION TO ALLOW DEFENSE THE USE OF A COMPUTER DURING TRIAL

COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel, who respectfully requests that this Honorable Court enter an Order, allowing the Defense the use of a Laptop Computer during the Trial set to take place on March 25th, 2019, to utilize same for audio visual displays and the review of discovery.

WHEREFORE undersigned counsel requests this Honorable Court enter and Order permitting the defense to bring a computer into the Courtroom for this purpose.

Dated: March 14, 2019

        Respectfully submitted,

        **Michael B. Cohen, Esq.**

        Michael B. Cohen, Esq.
        Attorney for Defendant Nicholas Wukoson
        Florida Bar No:  210196
        6400 North Andrews Ave., Ste 505
        Fort Lauderdale, Florida 33309
        Ph (954) 928-0059
        Email: Mcohenlaw@aol.com