UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80166-CR-DMM

UNITED STATES OF AMERICA,

vs.

NICHALOS WUKOSON
_____/

## MOTION FOR PERMISSION FOR THE GOVERNMENT'S USE OF COMPUTERS AND EXTERNAL SPEAKERS

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Motion for the use of computers and external speakers during the jury trial in the above styled case, and would state as follows:

1. This case is set for Jury Trial to begin on March 25, 2019.

2. In addition to the video equipment in the courtroom, the Government is in need of its own laptop computers and external speakers for use at trial and in preparation thereof.

3. The devices will be brought into the courtroom and used by AUSA Gregory Schiller and Federal Bureau of Investigations Special Agent Scott Wilson.

WHEREFORE, the government requests this Honorable Court to grant its motion for the use of computers and external speakers for the use at trial and in preparation thereof.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   s/ *Gregory Schiller* _____
GREGORY SCHILLER
Assistant United States Attorney
FL Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 209-1045
Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a copy of this pleading was filed via the Court's electronic filing system on March 15, 2019.

                *s/ Gregory Schiller*
                GREGORY SCHILLER
                Assistant United States Attorney