UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
       Plaintiff,

v.

NICHOLAS WUKOSON,
       Defendant.
_____/

## MOTION TO SEAL

COMES NOW, the Defendant, NICHOLAS WUKOSON, who respectfully moves to SEAL the Defendant's Motion to Dismiss the Indictment (DE 59).

Dated: March 15, 2019

                Respectfully submitted,

                **Michael B. Cohen, Esq.**
                *Michael B. Cohen*
                Michael B. Cohen, Esq.
                Attorney for Defendant Nicholas Wukoson
                Florida Bar No: 210196
                6400 North Andrews Ave., Ste 505
                Fort Lauderdale, Florida 33309
                Ph (954) 928-0059
                Email: Mcohenlaw@aol.com