UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80166-MIDDLEBROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NICHOLAS WUKOSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S 5th RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this fifth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

B.    DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response is a thumb-drive containing the following:

1. 3 folders that contain additional UC Download logs, totaling 282MB of data, in this case including the following:
    i. Two (2) folders from 6/24/2019
    ii. One (1) folder containing 31 download logs from IPV6 2001:0:9d38:90d7:8ad:3e27:b4b5:2b81

Please contact the undersigned Assistant United States Attorney if any of the above data is missing.

                                Respectfully submitted,

                                ARIANA FAJARDO ORSHAN
                                UNITED STATES ATTORNEY

By:   s/*Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney
        Florida Bar No.
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Tel: (561) 209-1045
        Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                         s/*Gregory Schiller*
                                         Gregory Schiller
                                         Assistant United States Attorney

## SERVICE LIST
United States v. NICHOLAS WUKOSON
Case No. **18-CR-80166-MIDDLEBROOKS**
United States District Court
Southern District of Florida

| **Party** | **Counsel** |
|---|---|
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Nicholas Wukoson | Michael B. Cohen, Esq.<br>6400 N. Andrews Ave., Ste 505<br>Ft. Lauderdale, FL 33309<br>Email: Attorney@southflalaw.com<br>**via Notice of Electronic Filing generated by CM/ECF** |
| | Alan Schlesinger, Esq.<br>31 Netteeton Dr.<br>Woodbridge, CT 06525<br>Email: alSchlesinger@att.net<br>**via Notice of Electronic Filing generated by CM/ECF** |