UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
        Plaintiff,
v.

NICHALOS WUKOSON,
        Defendant.
_____/

## NOTICE OF ALIBI

COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel, who respectfully hereby gives Notice of Alibi.

Pursuant to Rule 12.1 (a) (2) FR. Crim. Pro., the defense states that the Defendant, was at Trinet Group in Palm Beach Gardens, Florida, every Monday between January 1, 2017 through October 2, 2017, including the date of September 25th, 2017, from 8:30am until 5:00pm. The defense would establish this alibi based upon the testimony of the following witnesses:

1. Craig Merman
   15 Lexington Lane East unit F
   Palm Beach Gardens, FL 33418
   (561) 847-5708

Dated: March 19, 2019

                                        Respectfully submitted,

                                        **Michael B. Cohen, Esq.**
                                        _____
                                        Michael B. Cohen, Esq.
                                        Florida Bar No: 210196
                                        6400 North Andrews Ave., Ste 505
                                        Fort Lauderdale, Florida 33309
                                        Ph (954) 928-0059
                                        Email: Mcohenlaw@aol.com