UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
    Plaintiff,
v.

NICHOLAS WUKOSON,
    Defendant.
_____/

## RENEWED MOTION TO STRIKE AND SEAL MOTION TO WITHDRAW PLEA (DE 27)

COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel who respectfully moves to SEAL and STRIKE the Defendant's Motion to Withdraw Plea (DE 27). As grounds, therefore, undersigned asserts as follows:

There is certain sensitive information contained therein.

The Motion to Withdraw will be replaced by an updated Motion to Withdraw Plea.

Undersigned counsel has spoken to Assistant United States Attorney Greg Schiller, who has no objection to this motion.

WHEREFORE based on the foregoing, undersigned counsel, respectfully moves to strike and seal the Motion to Withdraw Plea (DE 27) as well as this instant motion.

Dated: March 22, 2019

                              Respectfully submitted,

                              **Michael B. Cohen, Esq.**
                              _/s/ Michael B. Cohen_
                              Michael B. Cohen, Esq.
                              Attorney for Defendant Nicholas Wukoson
                              Florida Bar No:  210196
                              6400 North Andrews Ave., Ste 505
                              Fort Lauderdale, Florida 33309
                              Ph (954) 928-0059
                              Email: Mcohenlaw@aol.com