UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80166-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

v.

NICHALOS WUKOSON

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and files this response to the defendant's objections to the presentence investigation report (DE 22).

The government concurs with the probation department's response to each of the objections noted in addendum (DE 95-1) and requests the Court to overrule the defendant's objections to the PSR.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:  s/ *GREGORY SCHILLER*_____
    Gregory Schiller
    Assistant United States Attorney
    Fla. Bar. A5501296
    500 S. Australian Ave., Suite 400
    West Palm Beach, FL 33041
    P: 561-209-1045
    E: gregory.schiller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney