# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
          Plaintiff,

v.

NICHOLAS WUKOSON,
          Defendant.

_____/

## OBJECTIONS AND CLARIFICATIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

     COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel who respectfully lodges the following objections and clarifications to the Pre-Sentence Investigation Report (DE 95):

1. Defendant, Wukoson, withdraws his objections to the original Pre-Sentence Investigation Report.

2. Page 11 paragraph 48 through the end of page 12 (DE 95):

     The Defense would note that the allegations involving this paragraph are completely unsubstantiated. In fact, not only was the criminal case nolle prossed by the State Attorney's Office, but an administrative proceeding brought against the Defendant as a police officer regarding this allegation was also dropped following lack of cause for same. The Defense would respectfully point out that Ms. Trietiak, the Defendant's former girlfriend, who made this explanatory statement on page 12, was originally engaged in a contentious domestic proceeding with the Defendant and therefore undersigned counsel would respectfully request that this Honorable Court give these assertions no weight. These facts if viewed unfavorably would unfairly and unduly prejudice the Defendant.

     The Defense asserts that the recommendation in this case of no more than four (4) years incarceration, is an appropriate resolution of this matter.

The Defense does not disagree with the guideline range calculated in this matter. Once again, we respectfully request that this Court honor the recommendation made by the parties in reaching a just resolution of this matter. The accompanying items filed with this response including, the Defendant's polygraph report and letters from his friends and family, indicate that the Defendant is no danger to children and in fact prior to this episode lead a productive life. The Court should take these considerations into account when applying the factors set forth in Title 18 USC section 3553(a) in rendering a sentence at or below the four (4) year recommendation made by the parties.

The Defendant respectfully requests that the Court make a non-binding judicial recommendation that the Defendant be incarcerated in a prison camp in or around Pensacola, Florida, based upon the location of his family in Central Florida and Northern Georgia. This would effectuate the ability of Mr. Wukoson's family to visit him.

Dated: April 22, 2019

Respectfully submitted,

**Michael B. Cohen, Esq.**

Michael B. Cohen, Esq.
Attorney for Defendant Nicholas Wukoson
Florida Bar No:  210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Email: Mcohenlaw@aol.com

R.D. STROHACKER INVESTIGATION SERVICES
1111 Crestwood Boulevard, Suite A
Lake Worth, FL 33460
Ph #: 561-588-1802
Fax # 561-588-1664
Agency #: 8800184
www.strohackerinvestigations.com

October 30, 2018

Mr. Douglas Rudman, Esq.
The Rudman Law Group
101 Plaza Real South
Suite 214
Boca Raton, FL 33432

RE: Polygraph Examination of Nichalos R. Wukoson
    Our File #: 18-0399

Dear Mr. Rudman,

The following is a written report regarding the polygraph examination of your client Nichalos R. Wukoson on Tuesday October 30, 2018 at 10:00am.

### THIS REPORT IS ATTORNEY CLIENT WORK PRODUCT AND CONFIDENTIAL

**Polygraph Calibration:**

The polygraph instrument used in the testing is a Stoelting CPS II and was calibrated prior to each chart being run.

**Compliance with the Federal Polygraph Protection Act:**

Compliance with the Federal Polygraph Protection Act is not required for this examination.

**Personal Background:**

I obtained personal background information from Mr. Wukoson and nothing was found that would prevent him from being examined.

**Testing Issue:**

Mr. Wukoson is a client of Doug Rudman, Esq. The facts of his case were not to be an issue in the polygraph but he was to be questioned regarding other issues of concern from his possible association with children.

**Pre-Test Interview:**

Mr. Wukoson signed the consent form and agreed that the polygraph examination was of his own free will and that he understood the release form. He was also advised of the confidentiality of the information obtained and that the polygraph was work product.

In the pre-test interview Mr. Wukoson advised the following on the relevant areas to be covered:

He stated that accept for bathing his children when they were small he has never sexually touched a child. I advised him that other than normal parental care was there anything else he did and he stated absolutely not.

He stated that he has never thought about sexually touching a child.

He stated that he has never masturbated while looking at pictures of children.

He stated he has never met or attempted to meet any child for the purpose of having sex.

He stated he is not sexually attracted to children and advised that he has seen girls from the distance that caught his attention but when he got close he found out they were minors and went on his way. He stated he has no desire to get involved with children or minors.

He stated that when he was seventeen he had some involvement with a sixteen year old but no other minors. He stated that at age thirty-five he dated and had involvement with someone twenty-two, nothing else.

Mr. Wukoson was completely co-operative and upfront about his background. He did not hesitate or avoid answering any questions asked of him.

**Question Formulation:**

After completion of the pre-test interview I formulated a set of questions to ask Mr. Wukoson on the polygraph charts that included relevant and control questions. I then went over each question with him and he advised he understood the questions and had no problems with any of them. We again discussed the parental care issue and the issue of looking at girls prior to knowing their ages.

The relevant questions were:

Have you ever sexually touched a minor?

Have you ever thought about sexually touching a child?

Have you ever masturbated while looking at pictures of children?

Have you ever met a child to have sex?

Are you sexually attracted to children?

**Testing Procedure:**

Mr. Wukoson followed all directions during the testing procedure. A total of three charts were run, two relevant question charts and one stimulation chart.

**Chart Analysis:**

Upon completion of the charts run, I carefully examined and cataloged the relevant and control questions and found no reactions indicative to deception to any of the relevant questions.

**Computer Analysis:**

After hand scoring the charts, I checked the computer analysis of the charts and found the following:

Objective Scoring:

No deception indicated

Probabilities:

Truthful - .5433
Deceptive - .4567

Results – No deception indicated

**Conclusion:**

Based on the admissions obtained and the analysis of the charts run, it is my professional opinion that Mr. Nichalos R. Wukoson was truthful to the relevant questions asked in the testing procedure.

Respectfully,

Roy D. Strohacker

April 11, 2019

To:     Honorable Judge Donald M. Middlebrooks

From:   Brian Madascy
        3036 Homestead Court
        Clearwater, FL 33759
        (727) 647-4585
        tampatiger15@gmail.com

RE:     Nicholas R. Wukoson

Dear Judge Middlebrooks,

My name is Brian Madascy and I am the Vice President of Operations for a national investigations firm located in Saint Petersburg, Florida. Our primary clientele consists of insurance companies and we dedicate a majority of our resources to fighting insurance fraud on their behalf. Prior to entering the insurance investigations industry, I was a law enforcement officer in both Florida and Alabama.

The purpose of this letter is to serve as a character reference for a close friend of mine, Nick Wukoson. Nick and I grew up in the same neighborhood and have been friends for over 40 years now. In addition to attending the same elementary, middle, and high schools, we also lived together for four years while attending Auburn University. Additionally, Nick and I followed similar career paths and were law enforcement officers at the same time (he with Cape Coral PD and me with Pinellas Park PD). Nick is the brother I never had but always wanted.

Throughout the 40 years I have known Nick, he has always been an honest, kind, and caring person who is passionate about life. I cannot recall an instance over our entire friendship of Nick becoming angry or violent. Nor has he ever been involved in a physical altercation outside of the requirements of police work. I will also attest to the fact that Nick has never experimented with drugs and drinks alcohol only on rare occasions.

Most importantly, you should know that Nick is a Christian man with unwavering faith in God. It's imperative that you know this, and I pray every single day that you will take this information into consideration during Nick's sentencing. If you could sentence him to a minimum-security correctional facility, preferably within Central Florida, I would be so grateful. Please feel free to reach out to me if you have any questions at all. Thank you so much and God Bless.

Sincerely,

Brian Madascy

Carl Britton Wirt
205 Compton Court
Colleyville, TX  76034
817.734.8320

Re: Nick Wukoson

Honorable Judge Donald M. Middlebrooks

Your Honor, I have the utmost respect for your position and judgment, the role in which
you serve society puts you in contact with many despicable people, guilty people,
people of low moral character, people that disregard the rule of law and have a history
of bad decisions. The man you see before you is none of those things. My name is
Carl Britton Wirt, Britt for short. I'm writing this letter to you today in hopes that you can
see my friend, Nick Wukoson, for the man I know him to be.

I was 12 years old when my family moved to Seminole Florida. It was 1984, way before
the internet and social media. I was very nervous on my first day of school. Would the
kids be nice to me, would I be able to make any new friends, man this school is so
much bigger than my old school. I sat alone during lunch the first day. I had P.E. After
lunch and that's when Doug Larson, Brian Kaineg and Nick Wukoson welcomed me to
the school and included me in their friend group. While I survived those trying times
and developed strong friendships, my father had other plans for me. The following
school year I was off to military school, Riverside Military Academy. My dad promised
that I could make my own decision to stay or go back to Florida if I finished a full year
Riverside. While I learned many valuable life skills and lessons, military school was not
for me. I moved back home with my parents in the summer before ninth grade. Once
school started I was fortunately able to pick right back up with all of the friends that I
made when I first moved to Florida. Those years are a blur! Looking back my fondest
memories of school, sports and life in general all include Nick Wukoson.

Nick was an offensive lineman and I was a skinny speedy wide receiver. Nick's Job was
to protect the quarterback so he could throw the ball to me. Unfortunately, early in our
senior season, Nick suffered a catastrophic knee injury that required immediate
reconstructive surgery ultimately ending his football career. Even though he could no
longer play, he was still a presence for the team.

Today I am a high school coach for girls softball. While it may sound trivial, sometimes
the best compliment you can give an athlete is to call them a "team player". Being a
team player for Nick meant that he went to every practice and game even though he
would never play another down of high school football again. Nick handled it with the
grace and dignity that I have come to expect from him no matter what he faces. He was
still a leader, even though he went from starter to sideline cheer-leader.

Nick and I were roommates for our first year of college at Auburn University. While most
of our friends were settling into life at the University of Florida, Nick and I were trying
navigate life in a rural Alabama College town. We both tried out for and made the

Auburn University Rugby team.  Rugby is a tough sometimes violent sport. The crowd of players surrounding the action on the field could hide many unsportsmanlike activities.  When you know you were unlikely to get caught, punches get thrown, raking with cleats happens and many other terrible things can occur in the ruck.  I'm embarrassed to admit that I let my emotions get the better of me several times during games. Nick on the other hand played the game hard but never displayed the same lack of respect for the opposing team that I sometimes did. Nick became a strong contributor to the team for his four years.

After college our career paths took us in different directions.  I chose to pursue a career in business while Nick served as a police officer. Knowing how we are both built, neither of those paths would come as a surprise to our friends and family.  I like the challenge of building a company that competes in a space occupied by giants.  Nick's choice to become a police officer was just an extension of how he lived his life every day. Nick is a protector.  Nick is a rule follower. Nick is a giver.  You can see those attributes in the life choices he's made, both good and bad.  You can see it in his choice of partners, his choice of post police officer career and his community, political and church volunteering.  Nick is a devoted friend who could always see the positive when I only saw the clouds.

Around 1998, as a sales manager working for an HR outsourcing company, I hired Nick as a sales rep for the South Florida market. That role provided Nick and opportunity to earn far more money than he could as a police officer.  Even though life brought me to Texas in 2000, Nick and I talk regularly on the phone.  We talk about family, business, sports and life in general. Whether we talk for 10 minutes or two hours we are always there for each other.  Nick is like a brother to me. I know him better than most.  I remember not too long ago I was at a critical point for the company I co-founded called OneSource Virtual.  We had an offer on the table for a substantial private equity fund raise of $150 million at the same time two large strategic acquirers made unsolicited offers for the entire company.  His advice and encouragement gave me the strength I needed to continue the journey. I'm proud to say that today we employ close to 1000 people in high-paying technology jobs at my company. At that time, however, Nick was struggling to find a job as fulfilling as his time as a police officer with the earning potential that would allow him to be the provider he longs to be.  I've tried to hire him for a sales position in Texas for several years.  The average sales person at my company makes close to $400,000 per year. With that kind of earnings potential Nick could be the provider again.  His only reason for turning down the opportunity was his children. Even when the rest of his life wasn't going well, divorce, money issues, there was no way he would move away from his kids. Nick is a devoted father.  Nick's children are his world.

I wish you knew the Nick Wukoson I know. If you did you would also be as worried for him as I am. I'm afraid of what's to come for him and saddened by his removal from his children's life. If you knew the Nick Wukoson I know you would look at his 46 years of life lived in God's vision.  I wish you could talk to all of his family and friends to truly understand the man before you.  I wish you could hear from those he volunteered at church with and see his good deeds. I wish you could talk to the young men Nick has

mentored as a Big Brother for the Big Brothers Big Sisters of America Organization or the boys from his youth football team.  All of those things came from his true heart. Nick Wukoson puts himself second. The most important person to Nick is whoever happens to be with him at the time.  I'm confident if you were to know Nick outside of your courtroom you would count on him as one of your most reliable, trustworthy friends.

I believe that Nick Wukoson still has lots to give to society. Please find it in your heart to show Nick leniency.  I pray that God's grace shines and Nick Wukoson is given the minimum sentence available in the lowest security environment close enough that his children, family and friends will be able to visit.  I hope that you are able to take into consideration the man that Nick Wukoson is.

Sincerely,

Carl Britton Wirt

Carolyn Holton                                                    April 12, 2019

14055 Lake Point Drive

Clearwater, FL 33762

Carolyndholton@gmail.com

RE:  NICHOLAS R. WUKOSON, JR.

Honorable Judge Donald M. Middlebrooks,

I am writing to you on behalf of my son, Nick Wukoson.  I am shaken by how difficult this letter is to
write. I was told that you may listen to a small piece of my son's character, and who he is.

My name is Carolyn Holton, a very proud mother of 2 children, and a grandmother to four beautiful
grandchildren. My loving and supportive family, has been blessed with a strong faith in God, and a
commitment to caring and treating others, as you would want to be treated.

Nick has a very deep love for family, God, and his country. Throughout his childhood, and adult life, he
has been the type of man that would give you his last meal and go hungry.  His compassionate and
loving nature, has always attracted others in his life. He has continually found charitable causes that has
made a difference in his life, and has done it with much heart felt love. He has sponsored an orphan in
the Philippines for many years, and involved with the Make A Wish Foundation, among many other
charitable organizations. He has made us all very proud!

Nick's greatest joy has been his two children. He relocated to South Florida, before the birth of his son
Jack, to always be close by, and be a large part of his life. Eight years later, he would be blessed with a
daughter, Reagan. There was never a moment, where he would not drop everything, to be right there
for both of them.  His family has always admired his loving and giving nature, and commitment to his
children. He has made us all very proud of the wonderful son, father, and brother that he grew to
become.

Nick has a loving and committed family support system.  We will do everything to help Nick in his
heartfelt desire to return to a positive lifestyle, and his commitment to giving his life to helping others.

Thank you for your consideration of leniency, and ask that Nick be placed in a Florida location, close to
his loving family.

Respectfully,

Carolyn Holton

Carolyn Holton

Tim Holton                                                                                    April 10, 2019
14055 Lake Point Drive
Clearwater, Florida 33762
(727) 743-1357
timgholton@gmail.com

Re: Sentencing of Nicholas R. Wukoson, Jr.

The Honorable Judge Donald M Middlebrooks,

My Name is Tim Holton and I first met Nick in the early summer of 1989. He had just finished his sophomore year at Seminole High School and was working at the Pizza Hut. Two years later, I married his mother, Carolyn, and became his step-dad, about the same time he was leaving for his freshman year at Auburn University. My profession for 38 years was systems engineering until I retired in 2011. In retirement, I am now an adjunct math professor at St. Petersburg College and an on-campus tutor at Hillsborough Community College.

During the summer of Nick's first year at Auburn in 1992, he accepted an internship at my company, Raytheon (named E-Systems at that time), to assist with plans for the installation of our communications equipment at various U.S. military sites around the world. We worked together and had lunch together every day that summer. During that summer, I got to know Nick well -- his dreams, his talents, his character. He was at that time and still is now, an exceptional person. My company thought so too because they asked for him to come back and work the following Christmas vacation and Spring break.

I've always been amazed at Nick's dedication to his children. Nick's main goal in late 2004 was to move from Clearwater to West Palm Beach to be near his soon to be born son, Jack, and to always be near him and a close father to him. Many, many men would have walked away and become a remote, far-away, two week in summer parent, considering Lea's past (Nick's fiancé at the time) and her family's misguided desire to cause Nick harm. Years later, Nick was determined to save his marriage with Karyn and therefore went into significant debt to pay for several very specialized artificial insemination treatments. Many, many men would have left the marriage prior to the treatments, after learning through marriage counseling that Karyn had severe bi-polar disorder symptoms. His love for their daughter, Reagan, is without measure and will be never-ending. Truly heartbreaking...

Over the past 15 months, Nick has lost his job, his freedom and the right to be with his two children. For a law abiding man of 46 years, who loves his country dearly, and would give anything requested by friend or family member – this situation should be too much to bear. But, knowing Nick, he will be a model inmate that will come to be respected by fellow inmates, just as he has with his fellow citizens before this tragic episode occurred.

I respectfully request the court's mercy with placement of Nick in a low security Florida facility, where loving family members from Orlando, Clearwater, West Palm Beach, and Albany Georgia, will be able to visit him frequently.

Very respectfully,

Tim Holton

P.S  I'm fully aware that my family relationship with Nick will lessen the credibility of this letter, but it had to be said.

Rita Wukoson

Joshua 1:9

643 Winifred Road
Leesburg GA 31763

229-869-2170
liberty199@hotmail.com

April 7, 2019
RE: NICHOLAS R WUKOSON

Honorable Judge Donald M. Middlebrooks,

My name is Rita E. Wukoson. I am employed by the Prince Automotive Group, Albany Georgia unit, as Retail Title Clerk. I am responsible for all customer sales contracts being submitted to financial institutes in a complete and timely manner, submitting any payoff amounts due on purchasers trade-in vehicles and, once contracts have been funded, all title work being submitted on vehicle purchases. I have been employed with Prince since 2014. I have been married to Nicholas (Nick) R Wukoson's father, Robert Nicholas Wukoson, for 27 years and I have known Nick for all but the first thirteen years of his life.

I write today in hopes of conveying to the court something of who Nicholas R Wukoson is; what he believes, the standards he maintains, his kindness, and exceedingly trusting nature.

Nick was involved with sports, excelling at football, baseball and later, rugby. He took part in drama productions throughout high school, musicals and plays, and as most other young men, dated young women his age. I remember being introduced to two of these young ladies whom he treated with the utmost respect. Nick has always had a very outgoing personality, and made friends with ease. Although his mother and father divorced and each remarried, we have become one large extended family, and as such, Nick has always known they were there for him and by extension, his stepfather and stepmother as well.

Nick has a deep love for America and actually ran for US Congress (FL-18) a number of years ago. He believes his fellow Americans must place more importance on adhering to Constitutional governance than on party politics. Nick has spoken to large, receptive crowds on these values. When the person he had stepped in for who, for whatever reason, had not been able to run, later decided to join the race, Nick graciously bowed out and allowed him to go forward as the Republican nominee instead.

The proudest moments of Nick's life have been the birth of his children. Here is a man who always took time to teach and guide his kids, a protector's heart with a wonderful sense of humor. Nick worked hard to maintain good relations with his children's mothers, attempted to be as reasonable as possible with any demands, obeyed court orders, showed up when he was supposed to, provided for the children's needs , and always made sure they knew they were loved.  On at least two occasions he took his young son to visit his alma mater, Auburn University, to attend a game, stopping at our home overnight on the way to and from so he could know his grandparents in Georgia too. We observed a happy, well-rounded relationship between the two.  Nick attended his children's events and coached his son's football team. He shared many videos of J's football prowess on the field, a typically proud father.

To his "exceedingly trusting nature":
Nick allowed access to his apartment to at least two people that I am aware of, each had a key to check on his dog when needed. Nick did not have the locks changed until February 2019, after much prompting on all of our parts (family/ friends).

Throughout his life, Nick has consistently trusted that others are motivated by the same Golden Rule that has consistently guided his own life. Even when his trust had been betrayed, Nick refused to speak badly about the individual or to repay in kind.

As you are aware, Your Honor, Nick was immediately taken into custody Friday, March 22nd, 2019.  He had fully expected for trial to begin Monday March 25, 2019 — we all believed he stood a very good chance of proving his innocence — however, the evening of Thursday, March 21st new information was relayed to him by his attorneys which affected, they strongly believed, Nick's chances at trial. He was informed that a decision had to be made *that evening* whether to accept the plea offered by the AUSA. He conferred with family and friends, slept very little that night, and appeared before the Court hours later to enter his guilty plea.

Your Honor, I love this man as my own son, the principles and yes, decency, he has displayed throughout his life are not frequently found. Over the past 17 months, no longer able to coach, he has attended church 1-2 times per week, he has delved deeper into Scripture, and we have talked almost daily, mutually praying for wisdom, guidance, strength and peace. Nick's faith has grown very strong. As primary caregiver to Nick's father who suffered a severe stroke 3 years ago, Nick would frequently inquire as to how *I* was doing.

I respectfully plead the court's mercy in requesting that Nicholas R. Wukoson be placed in a facility central to both his mother and stepfather in Clearwater, FL and his father and stepmother in Leesburg, GA, either of which address he will be welcome at upon release. FCI low, Tallahassee, unless he would be eligible for a lower security level. He is not an escape risk, is nonviolent, is educated, does not have any drug or alcohol problems, and, I believe he will be a model prisoner.

Respectfully,

*R. Wukoson*

Rita E Wukoson


**Post-incarceration:**

Each time Nick has called his dad and I, his first question is, "How are you doing?" to which we respond, "How are YOU doing?", he answers with a gentle laugh, "Another day in paradise" to put our hearts and minds to ease.

While being held at both West Palm Detention Center, and Port St Lucie Jail, Nicholas R Wukoson continues to touch lives in a positive manner. He was moved "by the Holy Spirit" to approach a *new guy* whom no one would speak to; a large man, heavily tattooed/pierced, additionally described as "scary looking",  Nick cautiously walked over and shook his hand. Each discussed his own son and the conversation shifted to Nick talking about the things that truly matter to God. The *new guy* wept.  At Port St Lucie, in an over-crowded cell and forced to sleep on the floor, Nick's heart for others is unimpeded: he is helping another man with his math because, in conversation, Nick learned that this man's father is an electrician and he would like to one day do the same.

Family, friends, coworkers, employers alike are writing their own letters on Nicholas R Wukoson's behalf. We pray that our letters will be included in the package which the Court will submit to the DSCC in Texas, and God willing, have a positive effect on his placement.

Richard A. Bradley Jr.
2057 Rickover Pl.
Winter Garden, Fl. 34787

April 11, 2019

RE: Nicholas Wukoson

To: The Honorable Donald M. Middlebrooks

My name is Richard Bradley, and I am the brother-in-law to Nicholas Wukoson. I am currently a Medical Sales Rep for Medical Solutions in Central Florida. Medical Solutions provides medical equipment for aging elderly patients as well as cancer patients who are dealing with very serious medical conditions. We improve the quality of life for these patients and provide a heart-warming experience that often puts a smile on their faces. Medical Solutions is a very compassionate company putting patients first.

I have been very involved in Nicholas's life throughout the last 26 years following his graduating from Auburn University.  For a period, he even lived with myself, my wife and kids while trying to get settled in South Florida. He played a very important role in helping to raise my kids and providing important advice for my now 21-year-old son. My son could always count on calling his uncle Nick whenever he needed some guidance that was not from his father.  That is the kind of person Nicholas is. He is a very kind and giving person willing to help anyone.

The last couple of years Nick joined my company Medical Solutions. He was received extremely well by everyone and made a huge impact on the patients that he took care of. He also made such an impression on some of the Veterans that came from the West Palm VA that the physicians were impressed on the feedback they were getting on how much time Nicholas spent with them educating them on our product. This is the kind of person that Nicholas really is.

Nicholas is an active member of Christ Fellowship and attends church regularly. I have always been very impressed with his love of God and know that this experience will open new opportunities to reach other people. I wish you could only see the real Nicholas Wukoson beyond the circumstances that has led him to this situation. I implore you to please be lenient on his sentence with either probation or at least the lowest possible sentence.

Thank you for your consideration.

April 15th, 2019

Alexander Wukoson

255 The Preserve Drive

Athens, GA 30606

(229) 869-7148

RE: Nicholas Wukoson


Honorable Judge Donald M. Middlebrooks,


Firstly, allow me to thank you for taking the time out of your busy schedule to read this. My name is Alex Wukoson, and I am a soon-to-be graduate of the University of Georgia with a B.S. in Biology. I plan to pursue a career in the Air Force in the very near future, with hopes to become a Pararescueman.

However, this letter is not about me. I am writing to you on behalf of my brother, Nicholas "Nicky" Wukoson. Though we have always been separated geographically, we've remained strongly bound as family. Our interactions have been limited, but always overwhelmingly positive. The two of us have joked around and given each other a hard time, as brothers do. But whenever things have taken a serious turn, Nicky has always had an encouraging word to share and offered his full support. I like to think I've done the same for him when I've been able to.

I fully stand by my brother and will continue to offer him my support through this ordeal. I do not believe he is guilty of the crimes he has been accused of, not for one moment. I would ask only that when sentencing my brother that you evaluate the facts of the case and his character fairly and with a merciful heart, and that he be placed in the lowest-security environment possible.


Respectfully,

Alexander Michael Wukoson

 Gmail

Nick Wukoson <nickwukoson@gmail.com>

**(no subject)**
1 message

---

**Hidecreek** <hidecreek@aol.com>                                                          Tue, Apr 9, 2019 at 2:15 PM
To: liberty199@hotmail.com, nickwukoson@gmail.com

Stephen G. Lord
380 County Road 6648
Banks, Alabama,36005

09 April.2019

RE:  Nicholas R.Wukoson

Honorable Judge Donald J. Middlebrooks

Good Afternoon, I am a retired Florida police sergeant and a close friend of Nick Wukoson. I have known Nick as a young adult , college student, and a honest man starting out in life. Nick has always shown a great deal of desire to become a good husband, a good father and a decent man.

     My relationship with Nick began when his father and I formed a strong friendship in the early eighties
During those years I was able to observe Nick and saw a young man with a drive and work ethic I was duly impressed with.

     During my twenty five years as a patrol officer, Detective , and street supervisor I have had many occasions to observe young men who have made many mistakes in their lives.  I can honestly say that when Nick made a mistake of any kind he was the first to admit it and try to learn from it.

     I will close with a heartfelt request . I would kindly ask that Nick be placed in  LOW FCI Tallahassee facility. This would allow not only his father and Step mother easier access but give Nick the ability to work with his Dad, Mother and Stepmother  to mend his life, maintain a positive outlook and try to  keep his family ties strong during his incarceration.

     I thank you for your consideration in advance,

                                        Sincerely,

                                        Stephen G. Lord

April 14, 2019

To The Attention of:  Honorable Judge Donald M. Middlebrooks

Your Honor,

I understand that you will be managing the sentencing for Nicholas Wukoson.   As a family member, would you permit me to submit words on behalf of this gentleman?

I have known Nick since he was born, he is the son of my first cousin.  His grandparents loved their children and grandchildren so very much.  This would have been so very hard if they were still living.   Nick and his sister Kelly were happy children and grew into responsible adults.  I am not sure what brought him to this point; however, I am so sorry and wish I knew what to do to help?   Working in law enforcement was an area in which he found great pleasure and we all felt he made a difference.

There is no doubt, I will worry about his safety and well-being until he can return to us.

After his father had a severe stroke, I would visit him and the family in Georgia, whenever I could, to help with his father's care.  While visiting father, Nick was taking his son, Jack, to a game.  After the game, they came to visit with his father.  We had lunch together and I remembered looking at the little boy I once knew — now grown — into a loving father raising terrific children.  He is completely devoted to his son and daughter.

If you could help locate him close to Georgia, where I could bring his father to visit, we would be so very grateful.

Please let me know if you require any additional information.   Thank you so very much for your consideration.

Most Sincerely,

Mrs. Denise Emary

28211 Baker Road
Wellington, OH 44090
440-647-2280

Joan C. Holmes, Ph.D.

---

1225 NW 21ˢᵗ. St., Apt 1611,  Stuart FL 34994          661-644-9232          Joan@JoanHolmes.com

8 April 2019

Re: The character of Nicholas Wukoson, and a plea for minimum security in a location that is close as possible to his family.

*Attn: The Honorable Donald M. Middlebrooks*

My name is Joan C. Holmes, Ph.D., close family friend and CEO of One More Chance Foundation, Inc., a 501(c)(3), Nonprofit, Public Charity, located in the community of Stuart, Florida.  Our foundation is committed to making a difference in the lives of students interested in the Film Industry, by providing for them a free of charge, film industry training and mentorship with industry professionals.  As a black woman, I am committed to helping students of all ethnicities.  We are committed to excellence and are teaching--principles, values and integrity in our program.  The foundation's Virtual Filmmaking program offers competitions in Screenwriting, Film making and Directing.  As part of our collaboration with other producers, we are scheduled to film in-house Feature and Short Films, as well as Documentaries.

As a committed, church going Senior Citizen, mother of two, grandmother of eight, and great grandmother of three, I have had a full life that has been devoted to the service of others.  My background includes areas of education in many forms, including that of an Educational Writer, Math Teacher, Bible Teacher, *Family and Marriage Counselor, Singer, Novelist and Lecturer on Wellness, Bible and Skincare.*

In my business career, I have been the CEO of several companies--Profit and Non-profit--including a Wellness Center, Wellness Spa, Financial Services Company, Marketing Company, Film Production Company and now a Nonprofit Foundation.  By far, the Foundation has been the most rewarding endeavor that I have undertaken.  Through this venture, I met Nick Wukoson.   Because of my longevity and experience in life and business, I have developed a good sense of character in people. Nick has been no exception to my scrutiny.

Our foundation chose Nick to be on our Board of Advisors in the capacity of a Fund-raising Advisor, because of his successful experience with Nonprofits.  His kind and caring nature, accompanied with his intelligence, hard work, personal ethic, and devotion to making a difference in the lives of others, politically and in the community made him a perfect fit for us.

Observing Nick's commitment to making a difference for students of our society, along with our shared vision for the program, encouraged me to invite him to step up to the position of Executive Director.  A Nonprofit is very time consuming and gives little financial reward.  The reward comes from helping others.  In our case, the reward is to give students encouragement and hope for the future by helping develop their talents, and by teaching them integrity, values and principles.  Nick accepted the position of Executive Director, knowing that he would not be financially compensated.  He was glad to help us achieve our dream.

At the onset of his case, to avoid any embarrassment to the foundation as a result of our affiliation with him, Nick voluntarily resigned.  We did not remove him from his position and will greatly miss him and his contribution to our foundation.

During my 4 years of knowing Nick Wukoson, I have found him to be of exemplary character, and a devoted family man who is kind, considerate and respectful of others.  I had the opportunity to observe Nick's patience and commitment to his children and family.  He always exhibited the characteristics of a *loving, caring father, who is nurtured by a loving extended family, who communicates daily, to not only* keep in touch, but to spread encouragement within the family, to which I have also embraced.

As a conservative man, over time, Nick relentlessly wrote a Blog for the benefit of society to make people aware of social issues that affect them and their lives.  His Blog had a large readership. Professionally, Nick was committed to, and enjoyed his job in medical sales.  His job was a perfect fit for his caring nature, because it required him to care for and help others.

Before his incarceration, Nick committed to, and enjoyed his church, where he desired to create a ministry of encouragement for others.  While being incarcerated, Nick has been a model- prisoner and has reached out to other inmates with kindness, sharing his food with them.  Those to whom he has been kind, have responded with gratitude.  One inmate said, "Why can't people on the outside be this kind?" As you can see, prison life has not stopped Nick from being kind to others.

*I am aware of the events regarding Nick's guilty plea, and the lack of freedom that he will experience as a* result of his plea. I truly believe that Nick has already suffered extensively for his actions.  As a result of this terrible situation, he has lost what means so much to him—his credibility in the public eye, and the ability to work with others to whom he was committed. His family and I keep in regular contact with Nick, who is very despondent regarding what he has put his loving family through. Nick's mother, father, step-mother, sister, brother-in-law and children are certainly not deserving of what they have been experiencing as a result of this situation.  Nick's mother, a kind, considerate, generous, hard-working, professional senior citizen, has made enormous financial and emotional sacrifices for her son, Nick, *throughout this* whole ordeal. She loves and believes in him and is committed to him.  Nick's father, a stroke victim is in a wheel chair.  He too, is greatly suffering emotionally seeing his son go through this terrible time in his life.

I know Nick as a responsible, honest man.  This ordeal has been overwhelming for him.  I feel that the suffering that has befallen him and his family as a result of these events--along with the loss of his ever being able to enter society in the way with which he was accustomed, is a great punishment that he will never forget, or from which he will never recover.  Because of his cooperation with the Federal Government regarding his house arrest, his willful appearance in court, etc., I feel that if Nick receives probation, that he will not be a flight risk.  Instead, I feel that he will use his freedom to help others to not make the same senseless mistakes made by him.

I implore you, Judge Middlebrooks to have leniency on Nick and grant him a sentence of probation, or at least the lowest possible sentence.   As previously stated, the loss of Nick's credentials, reputation, respect in the community, his vocation and loss of freedom will scar his life forever and will encourage him to make as his priority to never do anything that is against the law.   Thank you for reading my letter and for possible consideration of leniency for Nick.

Sincerely,

*Joan C. Holmes*

Joan C. Holmes, Ph.D., CEO
One More Chance Foundation, Inc.
a 501(c)(3) Nonprofit, Public Charity

April 14, 2019
Kim McCollam
110 Via D Este 302
Delray Beach, FL 33445
Kimmccollam75@outlook.com
772-577-1097

RE: Nicholas R Wakoson

Honorable Judge Donald M. Middlebrooks,

My name is Kim McCollam, and I am the VP Corp Strategy at Alpha Medical Consulting.

Previous to that, I was the Client Services Director at CoAdvantage, and I come as a Senior Professional in HR with my SPHR & SHRM-SCP Certification. I have been practicing human resources for over 20 years. I do consider myself a very good judge of character and hired Nick at a previous company, Advantage HR.

Nick would never do what he has been accused of – I would bank on that. My daughter has also babysat for him and adores him. She was horrified that someone would charge him with a crime such as this because she has the utmost respect for him as well. He is loved and respected by all who know him.

Please have mercy on him and put him where his family can visit him often.

Thank You.

Respectfully,

Kim McCollam

April 14, 2019
Leslie Buck
19395 Romney Drive
Noblesville, IN 46060
Leslie547@gmail.com
317.597.3638

RE: Nicholas R Wukoson

Honorable Judge Donald M. Middlebrooks,

My name is Leslie Buck, and I am a Family Planner for Flanner Buchanan in Indianapolis.

I am also a seasoned sales consultant and Regional Sales Director with over 13+ years of experience having worked/lived many years in South Florida and recently relocated back to my home state of Indiana.

I also worked very closely with Nick Wukoson, where I first met him at Advantage HR and after years of working side-by-side with him, I helped lead his team when he ran for congress in the 18th District of Palm Beach/St Lucie Counties.

Nick is my very best male friend and truly a brother to me. He is in my very small and close circle of people that I would go to when I need advice, direction, an ear and a good laugh. He also trusts me with the same.

Nick has the most charismatic, positive, never let life get you down attitude, more than most people I have ever known. He is passionate about his children, his family, his country and God.

I have known Nick now for over 8 years and I am an excellent judge of character. Nick is someone I would talk to twice a week for years and he has never been anything less than honorable, trustworthy, dependable and with integrity, which is why he has become one of my closest friends.

I pray that you will have mercy on Nick and allow him to be closer to his children, his family and have leniency on his sentence. I pray that you will see that Nick Wukoson is a man that has never nor will be, a harm to society and especially to children. He is a good man, one of the best!

With Kindest Regards,

Leslie Buck

April 11 2019

14663 Seminole Trail
Seminole Fl. 33776

Judge Donald M. Middlebrook
Building & US. Courthouse
701 Clematis Street
Room 257
West Palm Beach, Fl 33401

Honorable Judge Donald M. Middlebrook,

Good Morning, my name is Saundra
Wukoson Wariah. I am 71 years old,
raised my beautiful daughter myself
since my divorce. Hard work, love
of God and my family has always keeps
my life stable.

Nick Wukoson is my nephew and
he has always been kind and supportive
of family Nick's love for God, family
and his two precious children has
always been remarkable.

I would like to ask your honor
if you would please consider sending
Nick to a lower security prison in Tallahassee
Florida. My brother Nick Sr. his dad
had a stroke. For family to visit
from Georgia please consider.

God bless
and Thank You

Saundra