UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
      Plaintiff,
v.

NICHOLAS WUKOSON,
      Defendant.
_____/

**RESPONSE TO PSR ADDENDUM**

    COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel who respectfully hereby withdraws the polygraph report filled in this matter.

    Although, counsel does not agree with the Probation Officer's conclusions concerning acceptance of responsibility as it relates to this Report, it was counsel and not the Defendant who had made the decision to include this Polygraph Report in his most recent objections. So there is no confusion about the Defendant's state of mind regarding acceptance of responsibility, this Report (which was originally prepared before the Defendant withdrew his plea initially and thereafter pled to the charges in the Superseding Indictment) is hereby withdrawn.

    The Defendant completely accepts responsibility for his actions

Dated: April 26, 2019

                                       Respectfully submitted,

                                       Michael B. Cohen, Esq.
                                       _/s/ Michael B. Cohen_
                                       Michael B. Cohen, Esq.
                                       Florida Bar No: 210196
                                       6400 North Andrews Ave., Ste 505
                                       Fort Lauderdale, Florida 33309
                                       Ph (954) 928-0059
                                       Mcohenlaw@aol.com