Leah Trietiak
8127 Bautista Way
Palm Beach Gardens, FL 33418

Honorable Judge Donald M. Middlebrooks:

I'm writing today, not filled with anger or bitterness. Indeed, I have felt those emotions over the last 16 months as I comforted my son. But today I speak with hope. I have hope that someday Nick can be forgiven by God and those he has hurt. But for that to happen, a certain amount of time needs to go by. Nick has convinced others to be in denial about his egregious actions. In the last year, he has blamed Karyn's father and brother in a wild conspiracy theory and has point blank told his son to take his blame.

Fifteen years ago when I was pregnant with our son, Nick was accused by authorities of abusing my daughter. (I have all supporting documentation). She was 4 1/2 years old and alone with him. She was discovered to be black and blued all over her backside shortly after he dropped her off with my parents. She was saying he did sexual things but could not speak well for herself being so young. Nick was arrested and faced 2 counts of capital sexual battery of a minor. I was thrust into a twilight zone of being angry at him for bruising her so badly, yet defending my fiancé who suddenly faced decades in prison. I want to make this clear to everyone: The charges were dropped because I defended him vehemently.

I will also make note that DCFS did close their case with verified findings of abuse by him and I have that document also.

Nick had blamed my family and everyone else. He was never sorry for causing so much pain and destruction, or for costing his parents a hundred thousand dollars in legal fees. In spite of all that, we moved on; and fast forward fourteen years later, we all got along fine. J██'s football season just ended, and we were planning for 8 on 8 off season. His wife, Karyn and he had just taken their kids on a trip when once again, we were blind sighted on a Monday morning in December 2017. This is no coincidence, your Honor, and once again Nick is blaming others.

I want to take a moment to clarify a couple statements filed by the defense:

1) Nick and I were not involved in a contentious custody case. I only filed a modification well after the investigation was underway and Nick was court ordered to stay away from J██.

2) Nick and his wife Karyn did not have a contentious divorce pending either. She only filed divorce well after the investigation was underway.

3) Nick has submitted a polygraph examination. I feel compelled to tell you that when Nick and I were dating, he was in fact a police officer and used to brag to me that he knew how to "beat" a lie detector test. This is why he has easily offered to take one twice. I swear this to God above and would be willing to take my own lie detector test to prove this.

There were other slanderous accusations made against me, Karyn and my son, including how I would tamper with a phone that the defense did not realize I was never even given access to. But my point is that Nick knows in his heart that no one was out to get him. He is guilty of a serious crime. He has pleaded guilty. He was only given such a good deal by prosecution so that my son would not be further traumatized by going to trial. Nick has a problem and can get help, but must truly atone and admit this out loud so healing may begin.

I do have hope this will happen, Your Honor, but it will take time.

Sincerely,
[signature redacted]

4/25/19