UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-80166-DMM

UNITED STATES OF AMERICA
    Plaintiff,

v.

NICHOLAS WUKOSON,
    Defendant.
_____/

## MOTION TO TRANSFER TO MIAMI

COMES NOW, the Defendant, NICHOLAS WUKOSON, by and through undersigned counsel and respectfully hereby asks the United States Marshall's Service to transfer the Defendant to the Federal Detention Center in Miami. As grounds therefore, undersigned would state the following:

1. During this past week, the Defendant was assaulted while in the Palm Beach County Jail by another inmate.

2. Because Mr. Wukoson fears for his safety and the individual is still in the Palm Beach County Jail, Mr. Wukoson respectfully requests that he be transferred to the Federal Detention Center in Miami.

IN VIEW of the foregoing reasons, undersigned counsel respectfully requests this Honorable Court grant this instant motion.

Dated: April 29, 2019

    Respectfully submitted,

    **Michael B. Cohen, Esq.**
    *Michael B. Cohen*
    Michael B. Cohen, Esq.
    Florida Bar No: 210196
    6400 North Andrews Ave., Ste 505
    Fort Lauderdale, Florida 33309
    Ph (954) 928-0059
    Mcohenlaw@aol.com