UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18-cr-80166-DMM-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICHOLAS WUKOSON,

    Defendant.

## NOTICE OF LIMITED APPEARANCE

NOTICE IS HEREBY GIVEN that Thomas A. Burns enters a limited appearance for appellate purposes on behalf of Defendant Nicholas Wukoson in the above-captioned case.

Respectfully submitted,

/s/ Thomas Burns
Thomas A. Burns (FBN 12535)
BURNS, P.A.
301 West Platt Street, Suite 137
Tampa, FL 33606
(813) 642-6350 T
(813) 642-6350 F
tburns@burnslawpa.com

*Appellate counsel for*
*Nicholas Wukoson*

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**U.S. Attorney's Office:**

AUSA Gregory Schiller
AUSA William T. Zloch

**Nicholas Wukoson**

Michael Bruce Cohen
Alan Schlesinger

/s/ Thomas Burns
Thomas A. Burns