UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:18-cr-80166-DMM-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICHOLAS WUKOSON,

    Defendant.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Nicholas Wukoson appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment (Doc. 109) and all other orders in this case.

Respectfully submitted,

/s/ Thomas Burns
Thomas A. Burns (FBN 12535)
BURNS, P.A.
301 West Platt Street, Suite 137
Tampa, FL 33606
(813) 642-6350 T
(813) 642-6350 F
tburns@burnslawpa.com

*Appellate counsel for*
*Nicholas Wukoson*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**U.S. Attorney's Office:**

AUSA Gregory Schiller
AUSA William T. Zloch

**Nicholas Wukoson**

Michael Bruce Cohen
Alan Schlesinger

/s/ Thomas Burns
Thomas A. Burns