UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-80166-CR-MIDDLEBROOKS(s)

UNITED STATES OF AMERICA,

vs.

NICOLAS WUKOSON,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

**THIS MATTER** came before the Court on motion of the United States of America ("United States") for the entry of a final order of forfeiture. The Court having reviewed the file and the pleadings in this matter and being otherwise fully advised in the premises, makes the following findings:

1. On March 28, 2019, the Court entered a preliminary order of forfeiture forfeiting the interest of the defendant, Nicholas Wukoson, in a black HP laptop, serial number 5CD51334FQ and a silver HP laptop, serial number 5CD6510165 (collectively, the "laptops") pursuant to 18 U.S.C. § 2253 (DE 93).

2. Publication has been duly made in this matter. The time for filing any petitions has expired.

3. No petitioners have come forward within the time provided for in 21 U.S.C. § 853(n).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The United States of America's motion for the entry of a final order of forfeiture **(D.E. 126)** is **GRANTED**.

1

2. Pursuant to 18 U.S.C. § 2253, the laptops are hereby forfeited to the United States.

3. The Court finds that the United States has clear title to the property which has been forfeited to the United States pursuant to the order of forfeiture and may warrant good title to any subsequent purchaser or transferee in accordance with 21 U.S.C. § 853(n)(7).

4. The Federal Bureau of Investigation or any other duly authorized law enforcement agency is directed to dispose of the forfeited property in accordance with law.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 10 day of July, 2019.

HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record